UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Kashyap P. Patel,<br><br>      Plaintiff,<br><br>v.<br><br>Cesare Frank Figliuzzi, Jr.,<br><br>      Defendant. | Civil Action No. 4:25-cv-02548 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's June 6, 2025 Order, Plaintiff Kashyap Patel, by counsel, submits the following interested parties:

1. Kashyap Patel
2. Binnall Law Group
3. Cesare Frank Figliuzzi, Jr.

Plaintiff reserves the right to amend this certificate as new parties or additional persons or entities become known during this litigation.

Dated: June 20, 2025

Respectfully submitted,

/s/   Jason C. Greaves
Jason C. Greaves
Attorney-in-Charge
Texas Bar No. 24124953
S.D. Tex. Fed. ID No. 3921330

                                              Jesse R Binnall
                                              Virginia Bar No. 79292
                                              S.D. Tex. Fed ID No. 2979990

                                              BINNALL LAW GROUP
                                              717 King Street, Suite 200
                                              Alexandria, Virginia 22314
                                              Phone: (703) 888-1943
                                              Fax: (703) 888-1930
                                              jason@binnall.com
                                              jesse@binnall.com

                                              *Counsel for Plaintiff Kashyap P. Patel*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                              /s/     Jason C. Greaves
                                              Jason C. Greaves
                                              Attorney-in-Charge
                                              Texas Bar No. 24124953
                                              S.D. Tex. Fed. ID No. 3921330

                                              *Counsel for Plaintiff Kashyap P. Patel*