UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **KASHYAP P. PATEL,** *Plaintiff* v. **CESARE FRANK FIGLIUZZI, JR.,** *Defendant* | Case No. 4:25-cv-02548 |

## ORDER

Before the Court is Defendant Cesare Frank Figliuzzi, Jr.'s motion for protective order, which is not opposed by Plaintiff Kashyap P. Patel. Having considered the motion, the Court finds that it is well taken. Accordingly, the Court GRANTS the motion and ORDERS that the clerk shall seal the unredacted Request for Summons (ECF No. 2) and Summons (ECF No. 3), indicating in the docket text that it is "unredacted." The Court further ORDERS that the parties shall redact the street number and street of any party's home address from these documents and any other documents prior to filing them on the public docket.

ORDERED ____July 29_____, 2025.

_____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE