UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KASHYAP P. PATEL,<br><br>   *Plaintiff*<br><br>v.<br><br>CESARE FRANK FIGLIUZZI, JR.,<br><br>   *Defendant* | Case No. 4:25-cv-02548 |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's *Order for Conference and Disclosure of Interested Parties* [Dkt. #5] and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cesare Frank Figliuzzi, Jr. ("Figliuzzi"), by and through the undersigned counsel, certifies the following information:

1. Defendant Figliuzzi is sued in his individual capacity only.

2. Counsel for Defendant:

    Jackson Walker LLP
    Fletcher Held, PLLC
    Thomas S. Leatherbury Law, PLLC
    SMU Dedman School of Law, First Amendment Clinic

3. Counsel for Plaintiff:

    Binnall Law Group

Respectfully submitted,

/s/ *Marc A. Fuller*

| | |
|---|---|
| Marc A. Fuller | Thomas S. Leatherbury |
| Attorney-in-Charge | Texas State Bar No. 12095275 |
| Texas State Bar No. 24032210 | S.D. Tex. Bar No. No. 19358 |
| S.D. Tex. Bar No. 2035080 | tom@tsleatherburylaw.com |
| mfuller@jw.com | Thomas S. Leatherbury Law, PLLC |
| Maggie I. Burreson | Cumberland Hill School Building |
| Texas State Bar No. 24116150 | 1901 N. Akard St. |
| S.D. Tex. Bar No. 3689815 | Dallas, TX 75201 |
| mburreson@jw.com | Phone: (214) 213-5004 |

Abigail A. Lahvis
Texas State Bar No. 24138136
S.D. Tex. Bar No. 3901286
alahvis@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5793
Facsimile: (214) 953-5822

Peter B. Steffensen
Texas State Bar No. 24106464
S.D. Tex. Bar No. 3372006
psteffensen@smu.edu
SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX 75275
Phone: (214) 768-4077

N. Scott Fletcher
Texas State Bar No. 00789046
S.D. Tex. Bar No. 16546
Kenneth P. Held
Texas State Bar No. 24030333
S.D. Tex. Bar No. 29197
FLETCHER HELD, PLLC
808 Travis Street, Suite 1553
Houston, Texas 77002
Phone : 713.255.0414
Fax : 713.255.0419
sfletcher@fletcherheld.com

**ATTORNEYS FOR DEFENDANT CESARE FRANK FIGLIUZZI**

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the above and foregoing document will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on this the 6th day of August, 2025, to the following:

Jason C. Greaves, Esq.
Jesse R Binnall, Esq.
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, VA  22314
Telephone: (703) 888-1943
Facsimile:  (703) 888-1930
jason@binnall.com
jesse@binnall.com
*Counsel for Plaintiff Kashyap P. Patel*

                                                        */s/ Marc A. Fuller*
                                                        Marc A. Fuller