**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Kashyap P. Patel | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−02548 |
| | § | |
| Cesare Frank Figliuzzi, Jr | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Pretrial Conference

    Date and Time: August 8, 2025 at 2:30 p.m.

Date: August 11, 2025

                                                                Nathan Ochsner, Clerk