United States District Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **KASHYAP P. PATEL,**  *Plaintiff*  v.  **CESARE FRANK FIGLIUZZI, JR.,**  *Defendant* | Case No. 4:25-cv-02548 |

## ORDER

Before the Court is Defendant Cesare Frank Figliuzzi, Jr.'s motion for entry of briefing schedule, which is not opposed by Plaintiff Kashyap P. Patel. Having considered the motion, the Court finds that it is well taken. Accordingly, the Court GRANTS the motion and ORDERS that the following deadlines shall apply to Defendant's motion to dismiss:

Deadline to file motion:         September 5, 2025

Deadline to file response:    September 26, 2025

Deadline to file reply:            October 3, 2025.

ORDERED ___August 12___, 2025.

_____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE