UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Kashyap P. Patel

v.  Case Number: 4:25−cv−02548

Cesare Frank Figliuzzi, Jr

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/18/2025

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 2, 2025

Nathan Ochsner, Clerk