# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

KASHYAP P. PATEL,

*Plaintiff*

v.

CESARE FRANK FIGLIUZZI, JR.,

*Defendant*

CIVIL ACTION NO. 4:25-cv-02548

## APPENDIX IN SUPPORT OF DEFENDANT'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

## INDEX TO APPENDIX

|  |  | Page |
|---|---|---|
|  | DECLARATION OF MAGGIE I. BURRESON | 6 |
| Exhibit 1 | Adam Goldman and Aric Toler, *A Different Kind of F.B.I. Chief: Jet-Setting Patel Loves the Limelight*, THE NEW YORK TIMES (Apr. 20, 2025), https://www.nytimes.com/2025/04/20/us/politics/kash-patel-spotlight-fbi-director.html | 11 |
| Exhibit 2 | Adam Goldman, *The F.B.I. Is Using Polygraphs to Test Officials' Loyalty*, THE NEW YORK TIMES (Jul. 10, 2025), https://www.nytimes.com/2025/07/10/us/politics/fbi-polygraph-kash-patel.html | 19 |
| Exhibit 3 | Jack Forrest, *Who is Kash Patel, Trump's pick for FBI director?*, CNN (Dec. 2, 2024), https://www.cnn.com/2024/12/02/politics/who-is-kash-patel-trump-fbi-director/index.html | 28 |
| Exhibit 4 | Annie Grayer and Marshall Cohen, *People on Kash Patel's So-Called 'Enemies List' Taking Drastic Steps for Protection Before His Potential FBI Takeover*, CNN (Jan. 30, 2025), https://www.cnn.com/2025/01/30/politics/kash-patel-critics-fbi-takeover/index.html | 34 |
| Exhibit 5 | Frank Figliuzzi, *I once briefed the White House on Cabinet nominees. What I'd say about Kash Patel*, MSNBC (Jan. 30, 2025) https://www.msnbc.com/opinion/msnbc-opinion/kash-patel-trump-fbi-director-confirmation-hearing-rcna189439 | 42 |
| Exhibit 6 | Frank Figliuzzi, *I'm a former FBI agent. Kash Patel's problems go beyond his incompetence.*, MSNBC (Dec. 2, 2024), https://www.msnbc.com/opinion/msnbc-opinion/trump-fbi-director-kash-patel-incompetent-rcna182419 | 49 |
| Exhibit 7 | Glenn Thrush and Adam Goldman, *Senate Questionnaire Sheds Light on F.B.I. Pick's Early Years*, THE NEW YORK TIMES (Jan. 21, 2025), https://www.nytimes.com/2025/01/21/us/politics/trump-fbi-kash-patel-dei.html | 54 |

|  | **Page** |
|---|---|
| Exhibit 8 | Sadie Gurman and James Fannelli, *FBI Overhaul Off to a Rocky Start as Kash Patel Prepares to Defend His Vision*, THE WALL STREET JOURNAL (Jan. 29, 2025), https://www.wsj.com/politics/policy/fbi-overhaul-off-to-a-rocky-start-as-kash-patel-prepares-to-defend-his-vision-1085c6f8?gaa_at=eafs&gaa_n=ASWzDAhfFuNWgj0GlQM54JTwxHnx1jIjAIjdRFrqH5OY3fkDcVo0gIe_E7015SgfXSU%3D&gaa_ts=68a76d06&gaa_sig=PwnvBVGUe229ORIKSSIBQ-ZKMJdvQA5piEWt0iwVez3W05fBCgh-9R5VgmQ2XXoIg2cVLJMwE4M3Bcd9JXuFtQ%3D%3D | 59 |
| Exhibit 9 | Anna Bower and Benjamin Wittes, *The Patel Dossier*, LAWFARE (Jan. 30, 2025), https://www.lawfaremedia.org/article/the-patel-dossier | 67 |
| Exhibit 10 | Sadie Gurman and Aruna Viswanatha, *Inside Kash Patel's Whirlwind Start at the FBI*, THE WALL STREET JOURNAL (Feb. 27, 2025), https://www.wsj.com/politics/policy/kash-patel-fbi-director-start-actions-c3d5d57f | 86 |
| Exhibit 11 | Oliver Salt, *UFC Fans Go Wild as Donald Trump's FBI Boss Kash Patel and Mel Gibson Fist Bump in Las Vegas*, DAILY MAIL (Mar. 9, 2025), https://www.dailymail.co.uk/sport/mma/article-14479089/ufc-donald-trump-fbi-kash-patel-mel-gibson.html | 92 |
| Exhibit 12 | *Trump sits cageside with several cabinet members at Miami UFC event in latest appearance at sports event*, CBS NEWS (Apr. 13, 2025), https://www.cbsnews.com/miami/news/trump-receives-a-standing-ovation-as-he-enters-a-ufc-event-in-miami-2/ | 97 |
| Exhibit 13 | Betsey Klein, *Trump trades the Oval Office for The Octagon with UFC appearance*, CNN (Apr. 12, 2025), https://www.cnn.com/2025/04/12/politics/trump-ufc-miami-fight | 102 |
| Exhibit 14 | Charles Curtis, *Was that Kash Patel with Wayne Gretzky at Alex Ovechkin's record-tying performance?*, USA TODAY (Apr. 4, 2025), https://ftw.usatoday.com/story/sports/nhl/2025/04/04/kash-patel-wayne-gretzky-alex-ovechkin-record-captials-game/82907658007/ | 106 |

|  |  | **Page** |
|---|---|---|
| Exhibit 15 | Paulina Dedaj, *FBI Director Kash Patel celebrates Alex Ovechkin's historic night alongside Wayne Gretzky: 'Huge props'*, FOX NEWS (Apr. 5, 2025), https://www.foxnews.com/sports/fbi-director-kash-patel-celebrates-alex-ovechkins-historic-night-alongside-wayne-gretzky-huge-props | 108 |
| Exhibit 16 | Excerpt of *Morning Joe*, MSNBC (May 2, 2025) | 114 |
| Exhibit 17 | Alex Henderson, *'Horrible abuses': Former FBI agent sounds the alarm on Kash Patel*, ALTERNET (Feb. 22, 2025), https://www.alternet.org/patel-fbi-figliuzzi-cia/ | 115 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that service of a true and correct copy of the above and foregoing document will be accomplished through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on this the 5th day of September, 2025, to the following:

Jason C. Greaves, Esq.
Jesse R Binnall, Esq.
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, VA  22314
Telephone: (703) 888-1943
Facsimile:  (703) 888-1930
jason@binnall.com
jesse@binnall.com
Counsel for Plaintiff Kashyap P. Patel

*/s/ Marc A. Fuller*
Marc A. Fuller

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

KASHYAP P. PATEL,

  *Plaintiff*

v.

CESARE FRANK FIGLIUZZI, JR.,

  *Defendant*

CIVIL ACTION NO. 4:25-cv-02548

### <u>DECLARATION OF MAGGIE I. BURRESON</u>

I, Maggie I. Burreson, declare, under the penalty of perjury, that the following is true and correct, and state as follows:

1. My name is Maggie I. Burreson, I am over eighteen years of age, and my business address is 2323 Ross Avenue, Suite 600, Dallas, Texas 75201. I am fully competent to make this declaration. I am an attorney with Jackson Walker LLP, counsel in this case to Defendant Cesare Frank Figliuzzi, Jr. The facts stated below are within my personal knowledge.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of the following article: Adam Goldman and Aric Toler, *A Different Kind of F.B.I. Chief: Jet-Setting Patel Loves the Limelight*, THE NEW YORK TIMES (Apr. 20, 2025), https://www.nytimes.com/2025/04/20/us/politics/kash-patel-spotlight-fbi-director.html.

3.      Attached as Exhibit 2 to the Declaration is a true and correct copy of the following article: Adam Goldman, *The F.B.I. Is Using Polygraphs to Test Officials' Loyalty*, THE NEW YORK TIMES (Jul. 10, 2025), https://www.nytimes.com/2025/07/10/us/politics/fbi-polygraph-kash-patel.html.

4.      Attached as Exhibit 3 to the Declaration is a true and correct copy of the following article: Jack Forrest, *Who is Kash Patel, Trump's pick for FBI director?*, CNN (Dec. 2, 2024), https://www.cnn.com/2024/12/02/politics/who-is-kash-patel-trump-fbi-director/index.html.

5.      Attached as Exhibit 4 to the Declaration is a true and correct copy of the following article: Annie Grayer and Marshall Cohen, *People on Kash Patel's So-Called 'Enemies List' Taking Drastic Steps for Protection Before His Potential FBI Takeover*, CNN (Jan. 30, 2025), https://www.cnn.com/2025/01/30/politics/kash-patel-critics-fbi-takeover/index.html.

6.      Attached as Exhibit 5 to the Declaration is a true and correct copy of the following article: Frank Figliuzzi, *I once briefed the White House on Cabinet nominees. What I'd say about Kash Patel,* MSNBC (Jan. 30, 2025) https://www.msnbc.com/opinion/msnbc-opinion/kash-patel-trump-fbi-director-confirmation-hearing-rcna189439.

7.      Attached as Exhibit 6 to the Declaration is a true and correct copy of the following article: Frank Figliuzzi, *I'm a former FBI agent. Kash Patel's problems go beyond his incompetence.*, MSNBC (Dec. 2, 2024),

https://www.msnbc.com/opinion/msnbc-opinion/trump-fbi-director-kash-patel-incompetent-rcna182419.

8.      Attached as Exhibit 7 to the Declaration is a true and correct copy of the following article: Glenn Thrush and Adam Goldman, *Senate Questionnaire Sheds Light on F.B.I. Pick's Early Years*, THE NEW YORK TIMES (Jan. 21, 2025), https://www.nytimes.com/2025/01/21/us/politics/trump-fbi-kash-patel-dei.html.

9.      Attached as Exhibit 8 to the Declaration is a true and correct copy of the following article: Sadie Gurman and James Fannelli, *FBI Overhaul Off to a Rocky Start as Kash Patel Prepares to Defend His Vision*, THE WALL STREET JOURNAL (Jan. 29, 2025), https://www.wsj.com/politics/policy/fbi-overhaul-off-to-a-rocky-start-as-kash-patel-prepares-to-defend-his-vision-1085c6f8?gaa_at=eafs&gaa_n=ASWzDAhfFuNWgj0GlQM54JTwxHnx1jljAIjdRFrqH5OY3fkDcVo0gIe_E7015SgfXSU%3D&gaa_ts=68a76d06&gaa_sig=PwnvBVGUe229ORIKSSIBQ-ZKMJdvQA5piEWt0iwVez3W05fBCgh-9R5VgmQ2XXoIg2cVLJMwE4M3Bcd9JXuFtQ%3D%3D.

10.     Attached as Exhibit 9 to the Declaration is a true and correct copy of the following article: Anna Bower and Benjamin Wittes, *The Patel Dossier*, LAWFARE (Jan. 30, 2025), https://www.lawfaremedia.org/article/the-patel-dossier.

11.     Attached as Exhibit 10 to the Declaration is a true and correct copy of the following article: Sadie Gurman and Aruna Viswanatha, *Inside Kash Patel's Whirlwind Start at the FBI*, THE WALL STREET JOURNAL (Feb. 27, 2025), https://www.wsj.com/politics/policy/kash-patel-fbi-director-start-actions-c3d5d57f.

12.     Attached as Exhibit 11 to the Declaration is a true and correct copy of the following article: Oliver Salt, *UFC Fans Go Wild as Donald Trump's FBI Boss Kash Patel and Mel Gibson Fist Bump in Las Vegas*, DAILY MAIL (Mar. 9, 2025), https://www.dailymail.co.uk/sport/mma/article-14479089/ufc-donald-trump-fbi-kash-patel-mel-gibson.html.

13.     Attached as Exhibit 12 to the Declaration is a true and correct copy of the following article: *Trump sits cageside with several cabinet members at Miami UFC event in latest appearance at sports event*, CBS NEWS (Apr. 13, 2025), https://www.cbsnews.com/miami/news/trump-receives-a-standing-ovation-as-he-enters-a-ufc-event-in-miami-2/.

14.     Attached as Exhibit 13 to the Declaration is a true and correct copy of the following article: Betsey Klein, *Trump trades the Oval Office for The Octagon with UFC appearance*, CNN (Apr. 12, 2025), https://www.cnn.com/2025/04/12/politics/trump-ufc-miami-fight.

15.     Attached as Exhibit 14 to the Declaration is a true and correct copy of the following article: Charles Curtis, *Was that Kash Patel with Wayne Gretzky at Alex Ovechkin's record-tying performance?*, USA TODAY (Apr. 4, 2025), https://ftw.usatoday.com/story/sports/nhl/2025/04/04/kash-patel-wayne-gretzky-alex-ovechkin-record-captials-game/82907658007/.

16.     Attached as Exhibit 15 to the Declaration is a true and correct copy of the following article: Paulina Dedaj, *FBI Director Kash Patel celebrates Alex Ovechkin's historic night alongside Wayne Gretzky: 'Huge props'*, FOX NEWS (Apr. 5, 2025),

https://www.foxnews.com/sports/fbi-director-kash-patel-celebrates-alex-ovechkins-historic-night-alongside-wayne-gretzky-huge-props.

17.    Attached as Exhibit 16 to the Declaration is a true and correct copy of a segment of the May 2, 2025 appearance of Figliuzzi on MSNBC's *Morning Joe*, including the challenged statement referenced (in part) at paragraph 10 of the Complaint, Dkt 1. The full episode is available online at: https://archive.org/details/MSNBCW_20250502_100000_Morning_Joe/start/13080/end/13140 and https://archive.org/details/MSNBCW_20250502_100000_Morning_Joe/start/13140/end/13200.

18.    Paragraph 18 of the complaint, which purports to quote Figliuzzi, actually quotes from an article by an unrelated publisher. A true and correct copy of that article is attached as Exhibit 17: Alex Henderson, *'Horrible abuses': Former FBI agent sounds the alarm on Kash Patel*, ALTERNET (Feb. 22, 2025), https://www.alternet.org/patel-fbi-figliuzzi-cia/.

19.    The portion of the Weekend Update segment of the May 10, 2025 *Saturday Night Live* episode that refers to Plaintiff is available at https://www.youtube.com/watch?v=zP0mKoMFcow.

Executed in Dallas County, State of Texas on the 5th day of September, 2025.

Maggie Burreson

# EXHIBIT 1

# A Different Kind of F.B.I. Chief: Jet-Setting Patel Loves the Limelight

Kash Patel's embrace of the spotlight appears to be a break from the recent past, as his predecessors typically did the job with little fanfare.

▶ **Listen to this article · 9:19 min** Learn more

 

**By Adam Goldman and Aric Toler**

Adam Goldman reported from Washington, and Aric Toler from Kansas City.

Published April 20, 2025   Updated April 24, 2025

Kash Patel flew to Miami on Air Force One last weekend to watch an Ultimate Fighting Championship event, wearing his signature wraparound sunglasses — at least the second time he has gone to a mixed-martial arts fight as F.B.I. director.

Days earlier, he showed up at two N.H.L. games, grinning in photographs with the hockey legend Wayne Gretzky. At one, in Washington, Mr. Patel, who has played the sport since he was a child, was spotted in the owner's suite as he watched the Capitals player Alex Ovechkin tie Mr. Gretzky's scoring record.

And since taking over the agency, Mr. Patel has been a noticeable presence at President Trump's side, delivering a warm-up speech at the Justice Department before Mr. Trump himself spoke and hovering behind him during the U.F.C. match in Miami.

Mr. Patel, 44, seems to relish his new status as director, cutting a highly visible path while running the most important law enforcement agency in the nation. His embrace of the spotlight appears to be a break from the recent past. Previous

directors did the job with little fanfare, deflecting any attention that might detract from the work of the bureau.

"As director, I had never sought publicity or the spotlight that sometimes corners public officials," Louis Freeh, the bureau's fifth director, wrote in his memoir.

The last three directors have been a mix of personalities, all intent on operating at arm's length from the president. Robert S. Mueller III was known as serious and laconic. His successor, James B. Comey, was considered a powerful orator who did not shrink from making headlines. Christopher A. Wray, who stepped down before Mr. Trump took office rather than get fired, fell somewhere in between Mr. Mueller, who did not speak enough, and Mr. Comey, who spoke too much, former agents said. (They pointed to Mr. Comey's infamous news conference and two letters to Congress during the 2016 campaign that upended the presidential election.)



Mr. Patel and other top administration officials accompanied President Trump to a U.F.C. event in Miami last Sunday. Tom Brenner for The New York Times

Since being confirmed in February, Mr. Patel has wasted little time emblazoning his vision. He has begun to reshape the bureau in short order — in some ways similar to Mr. Freeh — like pushing agents into the field. He has also pushed senior executives to step down. (J. Edgar Hoover, its founding director, simply fired them.) He has rejiggered the agency's reporting structure, undoing changes that Mr. Mueller made, and brought in a deputy who has never been an agent, a first for the agency.

The changes have not resonated with Mr. Patel's fierce following, prompting his deputy, Dan Bongino, to post on social media: "Because you don't see things happening in live time, does not mean they aren't happening. Not even close. You will see results, and not every result will please everyone, but you will absolutely see results."

Days later, Mr. Patel, heeding congressional requests, released some records about the F.B.I.'s investigation into whether any Trump advisers had conspired with Russia to interfere in the 2016 presidential election — an inquiry that Mr. Patel denounced.

The conservative news media breathlessly covered the move as online sleuths hunted for new tidbits.

The F.B.I. quietly suspended with pay a longtime analyst Mr. Patel had singled out in his book as a member of the so-called deep state and another veteran agent who had been the target of Republicans in Congress angry over how the F.B.I. dealt with Hunter Biden's laptop. He has promoted others, including one senior agent whose ascent prompted outcry and infighting among Mr. Patel's loyalists.

Even as some of Mr. Patel's work has flown under the radar, he has not shied away from praising his own success, posting on social media glowing news coverage of his early moves. "Kash Patel's F.B.I. hits the ground running with major early victories," read one Fox News headline he shared. A smattering of posts highlighted a surge in recruitment applications after he took over in February, though they did not acknowledge that applications had been paused for weeks shortly after Mr. Trump's inauguration.

Asked to comment, an F.B.I. spokesman said, "The numbers for March were our highest ever, and America is better for it."

Mr. Patel has made clear that this is his show.

In March, the F.B.I. published a recruitment video featuring the bureau's elite Hostage Rescue Team training in Quantico, Va. Punctuated to rock music, Mr. Patel, dressed in hunting camouflage, watched as helicopters ferried faceless agents who rappelled onto a building and burst into the unit's shooting house while tossing flash bangs.

Mr. Hoover, who was relentless about self-promotion, may have welcomed such efforts, but the display rankled some former and current agents as performative. Kyle Seraphin, a former agent who has been deeply critical of the agency and has supported Mr. Patel, took to social media to poke fun at the director for "taking selfies with the Hostage Rescue Team."

Mr. Patel and Mr. Bongino, once known for their tough talk toward the bureau, have since emerged as some of its most avid supporters, leading Mr. Seraphin to suggest that they might have been "captured" by the F.B.I. During a recent visit to Quantico, Mr. Bongino got a taste of F.B.I. toughness when he hit the mats with an instructor skilled in jujitsu. Mr. Bongino did not fare well, several former agents said.

In a post on social media about the incident, Mr. Bongino said, "The instructor I was grappling with got the best of me, because he's incredibly talented."

Mr. Patel took in a Washington Capitals home game this month alongside Wayne Gretzky, center, and Gary Bettman, the N.H.L. commissioner. Mark Schiefelbein/Associated Press

Mr. Patel's active presence on social media, including his personal and work profiles, reflect his approach. His accounts on X intersperse flattering stories about the F.B.I. under his guidance and photographs of his public appearances with regular updates on priorities like drug seizures and extraditions of gang leaders. Yet they also serve as a cudgel, upbraiding publications like The New York Times for reporting on personnel moves at the agency.

Mr. Patel, the ninth director of the F.B.I., is also one of the youngest since Mr. Hoover was appointed in 1924. A bachelor who lives in Las Vegas, Mr. Patel belongs to the Poodle Room, a lavish members-only club at the Fontainebleau resort near his home.

Mr. Hoover also was fond of clubs catering to a wealthy clientele, such as the Stork Club in Manhattan, which he occasionally frequented. One picture of Mr. Hoover at the club depicts him with Al Jolson, an entertainment star, and Walter Winchell, an

influential journalist who helped burnish the director's reputation. (Mr. Hoover had his favorite journalists do his bidding.)

Mr. Hoover never married. Mr. Patel is enjoying bachelorhood, dating Alexis Wilkins, 26, a country music singer who lives in Nashville. Despite the challenges of being director, Mr. Patel appears to be making time for her.

According to flight-tracking data, one of the bureau's Gulfstream jets has made three round trips to Nashville. On at least one of those stops, Mr. Patel conducted official business, visiting the local field office and meeting with Tennessee's Republican senators, Marsha Blackburn and Bill Hagerty, along with sheriffs from around the state.

There is little information about the other trips, including who covered the cost, but it is not unusual for the director to take an F.B.I. plane for personal reasons. Directors must fly on government aircraft for their travel because of required access to secure communications equipment.

Directors must reimburse the government for use of the plane at the price of a commercial ticket — much less than it actually costs to operate the expensive jets.

The F.B.I. spokesman declined to comment, citing security reasons and saying, "All ethical guidelines are rigorously followed."

Still, Mr. Wray's use of the plane for personal reasons drew swift condemnation from Republicans in Congress. Senator Chuck Grassley has railed against "jet-setting executive travel" as he called it.

"There's no reason they can't take a less expensive mode of transportation, or cut their personal travel," he said in 2013.

The F.B.I. recently put out a request for information about buying another jet for "required-use executive travel." It was not clear why the bureau needed another plane. The Justice Department has a small fleet that the director can use to carry out his duties, including two Gulfstreams and two Boeing 757s.

One of those 757s landed at Kennedy International Airport shortly before the N.H.L. game on April 6 that Mr. Patel attended on Long Island, where he grew up, again seated next to Mr. Gretzky in a suite. The plane departed J.F.K. soon after the game ended.

**Adam Goldman** writes about the F.B.I. and national security. He has been a journalist for more than two decades.

**Aric Toler** is a reporter on the Visual Investigations team at The Times where he uses emerging techniques of discovery to analyze open source information.

A version of this article appears in print on , Section A, Page 20 of the New York edition with the headline: A Different Kind of F.B.I. Chief: Jet-Setting Patel Loves the Limelight

# EXHIBIT 2

# The F.B.I. Is Using Polygraphs to Test Officials' Loyalty

Some senior officials who have taken the test have been asked whether they said anything negative about the F.B.I. director, Kash Patel.

 Listen to this article · 9:11 min   Learn more

 **By Adam Goldman**
Reporting from Washington

July 10, 2025

Typically, the F.B.I. has turned to polygraph tests to sniff out employees who might have betrayed their country or shown they cannot be trusted with secrets.

Since Kash Patel took office as the director of the F.B.I., the bureau has significantly stepped up the use of the lie-detector test, at times subjecting personnel to a question as specific as whether they have cast aspersions on Mr. Patel himself.

In interviews and polygraph tests, the F.B.I. has asked senior employees whether they have said anything negative about Mr. Patel, according to two people with knowledge of the questions and others familiar with similar accounts. In one instance, officials were forced to take a polygraph as the agency sought to determine who disclosed to the news media that Mr. Patel had demanded a service weapon, an unusual request given that he is not an agent. The number of officials asked to take a polygraph is in the dozens, several people familiar with the matter said, though it is unclear how many have specifically been asked about Mr. Patel.

The use of the polygraph, and the nature of the questioning, is part of the F.B.I.'s broader crackdown on news leaks, reflecting, to a degree, Mr. Patel's acute awareness of how he is publicly portrayed. The moves, former bureau officials say, are politically charged and highly inappropriate, underscoring what they describe as an alarming quest for fealty at the F.B.I., where there is little tolerance for dissent. Disparaging Mr. Patel or his deputy, Dan Bongino, former officials say, could cost people their job.

"An F.B.I. employee's loyalty is to the Constitution, not to the director or deputy director," said James Davidson, a former agent who spent 23 years in the bureau. "It says everything about Patel's weak constitution that this is even on his radar."

The question asking employees whether they had said anything negative about Kash Patel, the F.B.I. director, is sowing mistrust and stoking concerns of a politicized F.B.I.  Anna Rose Layden for The New York Times

The F.B.I. declined to comment, citing "personnel matters and internal deliberations."

Already, President Trump's political appointees have tightened their grip on the F.B.I., forcing out employees or putting others on administrative leave because of previous investigations that ran afoul of conservatives and a belief that the bureau had been politicized. The list has ballooned to include some of the most respected officials at the highest ranks of the bureau.

Others have left, fearing that Mr. Patel or Mr. Bongino will retaliate for conducting legitimate investigations that Mr. Trump or his supporters disliked. Top agents in about 40 percent of the field offices have either retired, been ousted or moved into different jobs, according to people familiar with the matter and an estimate by The New York Times, which began tracking the turnover once the new administration arrived.

Tonya Ugoretz, a veteran analyst who ran the directorate of intelligence, was placed on administrative leave about two weeks ago, around the time it was disclosed that she played a role in pulling back a thinly sourced intelligence report from an informant in Albany, N.Y. The informant, who was new and had indirect access to information passed onto the F.B.I., claimed that China had tried to influence the outcome of the 2020 election in favor of Joseph R. Biden Jr., according to bureau documents released to Congress.

As a top official in the cyberdivision at the time, Ms. Ugoretz recalled the intelligence report before the 2020 election because the document had serious shortcomings, according to the emails released to lawmakers. Another colleague who was involved in scrutinizing the report retired from the bureau shortly after Mr. Patel was confirmed as director.

The upheaval has catapulted others into crucial leadership roles. Will Rivers was an assistant director in charge of the security division before ascending to become the bureau's No. 3 in March. He has endeared himself to Mr. Patel and Mr. Bongino, carrying out their personnel directives.

Jake Hemme is now Mr. Patel's deputy chief of staff for policy, a rapid rise for someone who, according to his LinkedIn page, became an agent in July 2022.

Dan Bongino, Mr. Patel's deputy, with President Trump and Ivanka Trump at the Ultimate Fighting Championship in Miami last year. Disparaging Mr. Patel or Mr. Bongino, former officials say, could cost people their job.  Scott McIntyre for The New York Times

Responding to an editorial in The Times last weekend describing how he and Mr. Patel were reshaping the bureau into an enforcement arm of Mr. Trump's agenda, Mr. Bongino pushed back. Even as he described the article as "a poorly thought out hit piece," he acknowledged efforts "to address the dramatic personnel changes we've made, along with the enterprise-wide reorganization Director Patel and I have undertaken."

Although the courts do not typically consider polygraphs admissible, national security agencies widely use them in investigations and background checks for security clearances, among other matters.

Under Mr. Patel and Mr. Bongino, the F.B.I. has deployed the polygraph in a highly aggressive manner. Many of the employees told to take the test have seen their colleagues removed during an initial purge by the administration as others were later pushed out or demoted. In at least one instance, the bureau put an agent on administrative leave and then brought that person back to take a test, according to a person familiar with the matter.

It is among the measures that the F.B.I. has taken that some current and former officials see as vindictive and extreme, engendering distrust among colleagues who believe there is a cadre within the bureau that has embraced snitching.

Michael Feinberg, a top agent in the field office in Norfolk, Va., until the spring, was threatened with a polygraph over his friendship with Peter Strzok, a veteran counterintelligence official who was fired for sending text messages deriding Mr. Trump.

Mr. Strzok played a central role in the F.B.I.'s investigation into whether Trump campaign aides conspired with Russia in the 2016 presidential election and is featured on Mr. Patel's so-called enemies list published in his book "Government Gangsters." How bureau leadership learned about the friendship is unclear.

Mr. Feinberg, writing for the national security blog Lawfare, recounted how Dominique Evans, the new top agent in charge of the Norfolk office, told him he would be "asked to submit to a polygraph exam probing the nature of my friendship with Pete." She was acting at the direction of Mr. Bongino, Mr. Feinberg claimed as he warned of the broader implications of favoring only loyalists.

"Under Patel and Bongino, subject matter expertise and operational competence are readily sacrificed for ideological purity and the ceaseless politicization of the work force," he wrote.

To keep his job, Mr. Feinberg added that he was "expected to grovel, beg forgiveness and pledge loyalty as part of the F.B.I.'s cultural revolution brought about by Patel and Bongino's accession to the highest echelons of American law enforcement and intelligence."

Mr. Feinberg resigned before he could take a polygraph.

Top agents in about 40 percent of the field offices have either retired, been ousted or moved into different jobs, according to people familiar with the matter and an estimate by The New York Times.  Erin Schaff/The New York Times

Former polygraphers suggested the question asking employees whether they had said anything negative about Mr. Patel might also have been devised to be what is known as a control question. Such questions are intended to elicit certain physiological responses for the purposes of comparing a participant's answers to other questions.

Whatever the reason behind the question, it is sowing mistrust and stoking concerns of a politicized F.B.I.

Mr. Patel has proved sensitive to his public image dating to his early days in government, threatening lawsuits against those who portrayed him in a potentially damaging light.

In June, Mr. Patel sued Frank Figliuzzi, a former senior F.B.I. official who contributes to MSNBC News, over his assertion that the director spent more time in nightclubs than in the office. The media organization retracted the claim, but Mr. Patel sued Mr. Figliuzzi, accusing him of defamation and saying that since being confirmed as F.B.I. director, he had not spent a "single minute inside of a nightclub." Mr. Patel, who lives in Las Vegas, belongs to the Poodle Room, a members-only club at the Fontainebleau resort near his home.

The lawsuit, which asks for $75,000 in damages, is also blunt about its rationale. "Defendant fabricated this story because of his readily apparent animus toward Director Patel, his partisan desire to undermine the new leadership of the F.B.I. under President Donald J. Trump and to promote himself as someone with insider knowledge," the filing states.

In 2019, Mr. Patel, then a staff member on the National Security Council under Mr. Trump, sued news organizations including The Times over reporting that described concerns about his involvement in policymaking regarding Ukraine. Mr. Patel ultimately dropped the suit against The Times, which named this reporter as a defendant, in August 2021.

Ultimately, former officials say, the polygraph question is odd on its face. In interviews, many former agents acknowledged having criticized previous directors, including Robert S. Mueller III, who ran the bureau for 12 years after the Sept. 11, 2001, attacks.

Who hasn't complained about their boss, one former F.B.I. official mused.

**Adam Goldman** writes about the F.B.I. and national security for The Times. He has been a journalist for more than two decades.



A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Polygraphs Used To Gauge Loyalty To F.B.I.'s Leader

# EXHIBIT 3



Subscribe  **Sign in**

# Who is Kash Patel, Trump's pick for FBI director?

By Jack Forrest, CNN

🕐 7 min read · Updated 7:31 AM EST, Mon December 2, 2024

Hear Kash Patel's plans for the FBI

Video Ad Feedback

01:41 - Source: CNN

<div style="border">See More Videos</div>

**(CNN) —** Kash Patel, <u>Donald Trump's pick to lead the FBI</u> and an ardent supporter of the president-elect, has vowed to help dismantle the same organization he's poised to lead.

The former public defender is widely viewed as a controversial figure and one whose value to the president-elect largely derives from their shared disdain for established power in Washington.

Putting him in charge of the FBI would require forcing out current director Christopher Wray, who was appointed by Trump in 2017, before his 10-year term expires in three years — a future move that has already prompted bipartisan criticism.

The FBI director must also be confirmed by the Senate, where members are <u>already bracing</u> for how they'll navigate a slew of unorthodox Trump selections.


**RELATED ARTICLE**
Trump plans to replace current FBI director with firebrand Kash Patel, drawing bipartisan fire

As of late last week, some close to Trump believed it was a "toss-up" between Patel and Missouri Attorney General Andrew Bailey as to whom the president-elect would pick for FBI director, according to a source familiar with the discussions.

But some in Trump's inner circle were not happy with either option, the source said, adding a third, unknown candidate would likely have emerged in the next week or two if Trump hadn't made a decision by then.

Patel, in particular, is not viewed as a consensus choice for the job, the source said, noting that it was always going to come down to what Trump wanted and, potentially, the last person he spoke to on a given day.

## Vows to take on the 'deep state'

In his 2023 book, "Government Gangsters: The Deep State, the Truth, and the Battle for Our Democracy," Patel lays out his case against what he refers to as "the deep state" — an amorphous term he says includes elected leaders, journalists, Big Tech tycoons and "members of the unelected bureaucracy" — calling for "a comprehensive housecleaning" of the Justice Department, which he claims has protected high-ranking members of the Democratic Party while unjustly targeting Republicans and their allies.

✕

**Do you want the latest in US politics summarized each day?**

Sign up for CNN's What Matters newsletter.



| Email address |



By subscribing you agree to our Privacy Policy.

Sign me up

Trump has praised the book as a "blueprint to take back the White House and remove these Gangsters from all of Government," according to promotional endorsements.

Patel has heavily criticized the FBI, and in a podcast interview in September, he called for the agency's headquarters in Washington, DC, to be dismantled and turned into a "museum of the deep state."

"The FBI's footprint has gotten so freakin' big," Patel said on the "Shawn Ryan Show," criticizing the agency's intelligence-gathering operation.

During the interview, Patel also ridiculed the FBI for its 2022 search warrant of Trump's Mar-a-Lago residence in Florida, which led to charges being brought against the former president for retaining classified documents. The judge overseeing that case eventually dismissed the charges against Trump after finding the special counsel was unlawfully appointed.



RELATED ARTICLE
Trump's extraordinary selection of his daughters' fathers-in-law for key posts underscores his reliance on family members

In a 2023 interview with Steve Bannon, a former Trump adviser, Patel said the Justice Department under Trump would "come after" members of the media.

"We've got to put in all-American patriots top to bottom," Patel said of the DOJ, adding that the department under Trump "will go out and find the conspirators, not just in government but in the media."

"Yes, we're going to come after the people in the media who lied about American citizens, who helped Joe Biden rig presidential elections — we're going to come after you," he said.

When Trump, during his first term, reportedly considered making Patel deputy director of the FBI, former Attorney General Bill Barr wrote in his memoir that Patel "had virtually no experience that would qualify him to serve at the highest level of the world's preeminent law enforcement agency," adding that Patel would become the FBI's No. 2 "over my dead body."

The senators who will need to confirm Patel have been largely split along party lines on the announcement.

Democratic Sen. Dick Durbin, the current chairman of the Senate Judiciary Committee, called Patel "an unqualified loyalist," and Democratic Sen. Chris Murphy on Sunday said Patel's "only qualification is … he agrees with Donald Trump that the Department of Justice should serve to punish, lock up and intimidate Donald Trump's political opponents."

Incoming Senate Judiciary Chairman Chuck Grassley, meanwhile, heavily criticized Wray, the current FBI director, saying in a social media post that he "failed" during his tenure. But he added that Patel "must prove to Congress" that he will do better than Wray.

## Rise to Washington

Patel, who calls himself a native New Yorker, was raised Hindu by his immigrant parents, according to his book. He wrote that he grew up apolitical but became more right-wing during his time in college at the University of Richmond.

wrote that he grew up apolitical but became more right-wing during his time in college at the University of Richmond. This, he wrote, made his eventual public defense career a "strange fit"; he described his colleagues in that field as "the far left of the left-wing."

Patel graduated from Pace University School of Law in 2005 and then worked for about nine years as a public defender in Florida, according to his book. He spent stints in the public defender's office in Miami-Dade County and in the Southern District of Florida.

Patel went on to work as a federal prosecutor in the National Security Division of the DOJ, according to his book. He called that a "dream job" for any young lawyer.

At the DOJ, Patel oversaw the prosecution of criminals aligned with al Qaeda, ISIS and other terror groups, according to a Department of Defense profile. He also served as the DOJ liaison officer to the Joint Special Operations Command during operations against "high value terrorism targets."

Patel has claimed to be the "lead prosecutor" in the DOJ's case against those who carried out the 2012 attack on a US diplomatic compound in Benghazi, Libya, that killed four Americans. But The New York Times reported in October that Patel was a junior staff member at the time and was not part of the trial team.

In 2018, Patel went on to serve as an aide to Rep. Devin Nunes, the top Republican on the House Intelligence Committee at the time. Patel played a key role in Nunes' efforts to discredit the FBI's Russia investigation into the Trump campaign, including a controversial classified memo that alleged FBI abuses of Foreign Intelligence Surveillance Act warrants on Trump advisers.

## Joining the Trump administration

In 2019, Patel went to work for Trump on the National Security Council before becoming chief of staff to acting Secretary of Defense Christopher Miller at the end of Trump's first term. Trump briefly floated Patel as a potential replacement for then-CIA Director Gina Haspel, whom he had considered firing after the 2020 election. Patel was also put in charge of the Pentagon transition effort for Trump's first term, overseeing coordination with the incoming Biden-Harris administration.



**RELATED ARTICLE**
Tracking Trump's picks for his Cabinet and administration

Patel was also swept up in the classified documents case against Trump, which has now been dismissed. Over the summer of 2022, he became one of Trump's designees to interact with the National Archives and the Justice Department as both agencies tried to repossess classified records Trump had kept from his presidency. Patel was one of a handful of advisers around Trump after his presidency who could have legal risk related to the Mar-a-Lago situation, CNN reported at the time, and he appeared before the federal grand jury that was looking into the case. Patel was not charged in the case.

In 2021, he also met with the House committee investigating the January 6 attack on the Capitol, which found at the time that "there is substantial reason to believe" that Patel had important insight into how the Department of Defense and White House prepared for and responded to the attack.

In a statement at the time, Patel said that he had appeared before the panel "to answer questions to the best of my ability."

# After Trump: Children's books and foundations

Patel, considered even among Trump loyalists to be a relentless self-promoter, has used his perceived closeness with the president-elect to sustain his public image through books and positions with foundations and think tanks.

Since the first Trump administration, Patel has written a children's book trilogy titled "The Plot Against the King." The first book tells the story of "Hillary Queenton and her shifty knight" who "spread lies that King Donald had cheated to become King." The second tells the story of the "search for the truth and uncover evidence of a terrible scheme to elect Sleepy Joe instead of King Donald on Choosing Day." And his latest book, published in September, tells the story of the "MAGA King" on a journey to "take down Comma-la-la-la and reclaim his throne."

Patel founded Fight With Kash — now the Kash Foundation — which is "dedicated to providing financial assistance to active duty service members and veterans, legal defense funds, and education programs," according to the organization.

Patel — and his foundation — came under scrutiny last year after two of Republican House Judiciary Committee Chairman Jim Jordan's witnesses in his mission to prove the federal government has been "weaponized" against conservatives said Patel paid their legal fees.

According to his foundation, Kash also sits on the board of directors for Trump Media Technology Group, the parent company of Trump's social media platform, Truth Social.

Kash has also served as senior fellow for national security and intelligence at the Center for Renewing America, a think tank founded by Russell Vought — Trump's pick to lead the Office of Management and Budget and one of the key authors of the conservative blueprint Project 2025.

*CNN's Zachary Cohen, Holmes Lybrand, Evan Perez, Kristen Holmes, Morgan Rimmer and Jalen Beckford contributed to this report.*



# EXHIBIT 4



# People on Kash Patel's so-called 'enemies list' taking drastic steps for protection before his potential FBI takeover

By Annie Grayer and Marshall Cohen, CNN

🕐 8 min read · Updated 3:00 PM EST, Thu January 30, 2025

Video Ad Feedback

**Washington (CNN) —** One of the people on Kash Patel's list of "corrupt actors" from the "deep state" is taking the drastic step of moving their family before Patel's potential confirmation to lead the FBI.

The individual, granted anonymity to speak freely about security measures, decided to relocate in the coming weeks and is taking other steps to keep their new home purchase anonymous. They said they're doing this because they are afraid Patel might weaponize the FBI against them or use his platform to inspire others to take action.

"After being doxed several years ago, we were tired of dealing with the constant anxiety of always needing to look over our shoulders," the person told CNN. "Everyone deserves to have safety and security at home. Moving and taking precautions to keep our address anonymous will feel like a weight lifted."

The list in question appears as an appendix at the end of Patel's 2023 book, "Government Gangsters." It names more than 50 current or former US officials that he claims are "members of the Executive Branch deep state," which he describes as a "dangerous threat to democracy."

Some of these people are now taking dramatic measures to protect themselves and their families, according to interviews with nearly a dozen people on Patel's list or who fear they'll be scrutinized by the Patel-run FBI. The list includes a blend of high-profile figures and lesser-known officials who might be more vulnerable if Patel pursues retribution.

Democrats pressed Patel on the topic Thursday at his confirmation hearing before the Senate Judiciary Committee.

"It has been referred to as an enemies list," Minnesota Sen. Amy Klobuchar said. "You called

them 'deep state.'"

"It's not an enemies list. That is a total mischaracterization," Patel responded, adding that it was "a glossary" in a book.

Before the hearing, Patel spokeswoman Erica Knight told CNN that Patel "will follow the Constitution and enforce the law to take criminals off of our streets, fight violent crime and put an end to the deadly fentanyl crisis. Any notion of 'retribution' is false and absurd."

Nevertheless, another person on Patel's list, who is a former US official, said they've spoken to former colleagues who worked in the federal government and also fear being targeted by the Trump administration and are considering moving their assets into their partner's name and taking other steps to guard their financial accounts, in anticipation of lawsuits and legal harassment.

Most Republicans have closed ranks around Patel to support his nomination, despite his years-long embrace of pro-Trump "deep state" conspiracy theories, and his public vows to seek retribution against President Donald Trump's perceived political enemies.

Congressional Democrats have repeatedly criticized Patel for what they call an "enemies list," a label Trump allies have disputed. To the contrary, Trump has argued that going after some of these people is a key element of "ending the weaponization of the federal government," because he believes these people wrongly targeted him during his first presidency.

At attorney general nominee Pam Bondi's confirmation hearing earlier this month, Democratic lawmakers accused Patel of having an "enemies list" at least six times.

"Patel has even compiled an enemies list of 'government gangsters' to target," Sen. Dick Durbin, the top Democrat on the Senate Judiciary Committee, said, later adding, "his enemies list, what he calls his government gangsters, this is what you expect of Stasi, this is what you expect of secret police."

Bondi told lawmakers, "There will never be an enemies list within the Department of Justice." And at least one Democratic senator, John Fetterman of Pennsylvania, said Patel assured him during a private meeting that he won't go after Trump's enemies.

# 'Completely unacceptable and inappropriate'

Trump has already started his own efforts to exact retribution.

Within hours of taking office, the president signed an executive order revoking the security

clearances of 51 former intelligence officials who signed a 2020 letter arguing that emails from Hunter Biden's infamous laptop could be Russian-made disinformation. (The Justice Department under President Joe Biden later said the laptop was authentic.)

Trump also swiftly revoked the clearance of his former national security adviser John Bolton. And he removed the security detail of Bolton, who left the Trump White House in November 2019 and has received US Secret Service protection because of threats against him from Iran. Trump also terminated the security detail for Dr. Anthony Fauci, a target of Trump's ire since the Covid-19 pandemic.

The existence of Patel's "deep state" list — and the apparent green light from the commander-in-chief to seek retribution — has left many afraid with a range of emotions. Charles Kupperman, a former Trump national security adviser and Bolton ally, told CNN that Patel's public list makes him unqualified to lead the FBI.

Bolton and Kupperman are both on the list at the end of Patel's book.

"His professional experience does not meet the leadership, management, or character standards required. Open or veiled threats to those who do not support his confirmation is completely unacceptable and inappropriate," Kupperman said.

# Big names – and relative unknowns

Most of the people on Patel's list of "corrupt" members of the "deep state are high-profile individuals who are expected Republican investigative targets, including Biden and former Vice President Kamala Harris.

But the expansive list includes several lower-level civil servants, most of whom are now private citizens, who might not have the same security protections or legal resources available to them if the Trump administration decides to make them a target.

Many of the current and former officials on the list were connected to the Trump-Russia investigation stemming from the 2016 election. Others were one-time Trump loyalists who refused to do his bidding at the Justice Department or FBI. Some were civil servants who testified against Trump to Congress during his first impeachment.

Another individual on Patel's list said, "I'm not concerned about Kash coming after me. He would get no bang out of it. And there are so many bigger fish to fry — whether on his list or others."

The anticipation of Patel's confirmation has caused a flurry of preventative actions from the

subset of lesser-known people, and others who aren't named on the list but expect to be targeted by the new Justice Department for their public opposition to Trump.

"Much of the list is going to be unreachable. So, who's on the next tier? It's folks in the good government community. People that did everything they could to hold Trump accountable," including for the January 6, 2021, attack on the US Capitol, an individual who runs a nonprofit that led anti-Trump efforts in 2024 told CNN.



Supporters of President Donald Trump try to break through a police barrier on January 6, 2021, at the US Capitol in Washington. Julio Cortez/AP

That nonprofit has retained outside lawyers for the first time to help prepare for potential criminal investigations and Congressional oversight from Trump's GOP allies.

"It's not cheap," the person said.

The group is also trying to crack down on staffers texting and internal paper trails that might be problematic if they are subpoenaed and become public, by enforcing stricter guidelines to prevent people from being cavalier in emails and texts.

# Some shielded by Biden's pardons

Before Biden left office, he took the unprecedented step of granting preemptive pardons to some of the people Trump has repeatedly threatened to prosecute and imprison.

The last-minute pardons were granted to, among other people, the Democratic and Republican lawmakers who served on the House select January 6 committee, "the staff of the select committee," and the police officers who testified to the committee.

Before Biden's preemptive pardons, many of the people involved in the now-defunct January 6 committee had received regular communications from friends and constituents urging them to take security precautions, with some even offering to pay for security details, one Democratic lawmaker familiar with the conversations told CNN.

Many former January 6 committee staffers, who also all received preemptive presidential pardons, had already obtained liability insurance while conducting their work, as CNN reported in 2023.

One key witness involved in the January 6 investigations, who was open to a pardon but did not receive one, criticized Biden for issuing such a narrow list that did not include several high-profile individuals who provided testimony as part of the probes.

"There are many of us who testified, who met with law enforcement, who went above and beyond to tell the truth. It's quite disingenuous to narrow the target on the backs of this group. If you're going to issue pardons, then really think about who you're going to include on that list," the former witness told CNN.

# Bracing for purges, fearing for their lives

The former US official on Patel's list said they have heard from friends at the FBI who have been updating their resumes after the election, in anticipation of mass purges based on who is perceived to be part of the "deep state."

One of the top concerns in this specific cohort is how to ensure personal security.

In the past few years, there have been high-profile examples of individuals violently targeting prominent political figures, like the assassination attempts against Trump, a hammer attack against Nancy Pelosi's husband and an attempt to kill conservative Supreme Court Justice Brett Kavanaugh.

"You have to be legitimately concerned about what isolated, random people, who think they are

acting in concert with what Trump wants, will do," the former official told CNN. "People hear what Trump says and then they act, thinking they're doing what Trump wants."

Some of the people who fear Patel's role at the FBI feel more resigned about what's to come and are strategically keeping a low profile in hopes that they stay off his radar.

"I have nowhere to go. There are many people who have nowhere to go," said one source who was scrutinized by the Trump-era Justice Department during his first term.

*CNN's Zachary Cohen contributed to this report.*

## Up next

Noem fires two dozen FEMA employees over alleged cybersecurity gaps

2 minute read



Congress returns to a messy fall with Democrats ready to fight

9 minute read



What we know about the suspect arrested in the deaths of an abandoned Tennessee baby's family members

5 minute read



The Trump administration's elaborate mirage of transparency on Epstein

5 minute read



## Most read

**1**    With no end in sight, National Guard troops deployed to DC grow weary

**2**    Judge says Trump administration unlawfully blocked $2 billion from Harvard

**3**    The suspect in the fatal 'ding dong ditch' shooting of an 11-year-old boy is a US Army vet. Here's what we know

▌ **MORE FROM CNN**

# EXHIBIT 5

Opinion

# I once briefed the White House on Cabinet nominees. What I'd say about Kash Patel.

**Confirmation hearings** | Highlights | Patel's national security history | Gabbard's track record | RF |



Jan. 30, 2025, 5:00 AM CST

**By Frank Figliuzzi, MSNBC Columnist**

The FBI could soon be led by someone who couldn't make it through the background investigation required of all FBI employees. Kashyap "Kash" Patel will face the Republican-led Senate Judiciary Committee on Thursday as he seeks to lead the nation's most powerful law enforcement and domestic security agency. In 25 years at the FBI, I led numerous high-level background inquiries, and, later, as an assistant director, I briefed the White House on serious

issues arising from nominee investigations. In a field ripe with questionable candidates, Patel is one of the most ill-suited Cabinet nominees – not just now, but of all time.

---

## Patel is one of the most ill-suited Cabinet nominees — not just now, but of all time.

Patel has only threadbare work experience, highlighted by his term as a senior adviser to the president on the National Security Council, compared with some previous directors who served as federal judges, U.S. attorneys and senior Justice Department executives. But his lack of experience, though worrisome, isn't my biggest concern.

ADVERTISING



**Join the CASA Effect**

**Texas CASA** - Sponsored

**Learn More**

Follow MSNBC's live blog coverage of Kash Patel's and Tulsi Gabbard's confirmation hearings.

Rather, it's Patel's own words and conduct that are disqualifying. If candidates for any other FBI jobs had said the things he's said or done the things he's done, then their employment searched would end with screeching halts.

More than just verify education, work history, finances and personal references, FBI background investigations go deep into character, reputation, loyalty to the United States, bias of any kind and, importantly, honesty and trustworthiness. But as reported by MSNBC's Rachel Maddow, former colleagues of Patel claim that he just "makes stuff up."



LIVE POLL    ●    52,183 VOTES

## How confident are you that Trump's Cabinet picks will be good for the U.S.?



Very confident                    Not at all confident

 MSNBC



He reportedly just made up a foreign government's approval for our planes to fly into its airspace. Many Americans have been misled by Donald Trump to believe that the FBI can't be trusted. While that's not true, picking a man with trustworthiness issues to lead the agency won't help fix the perception. As reported by The Atlantic and described in the book "Only I Can Fix It" by Carol Leonnig and Philip Rucker, in 2020, SEAL Team 6 was in the air waiting for a green light to carry out a daring rescue operation in Nigeria that was contingent upon the State Department's obtaining that country's permission to enter its airspace.

Patel, who was assigned to the National Security Council, reportedly falsely announced that permission had been granted, and the SEAL team was rerouted when Defense Secretary Mark Esper learned otherwise at the last minute. Eventually, the American was rescued, but when

confronted about his misstatement, Patel reportedly replied, "If nobody got hurt, who the f---
cares?"

That's not a good mantra for an FBI director.

---

## We can't trust the FBI if we can't trust its director.

Patel denies that he said that, and he denies making up the claim that Nigeria had given the
United States permission to enter its airspace. His spokesperson told The Atlantic that Patel
"would never jeopardize an operation, American hostages, or our soldiers. … In every situation,
including this one, I followed the chain of command."

This is where Patel should face withering questioning by any senator who cares about genuinely
ensuring that all Americans will cooperate with the FBI because they trust the institution. We
can't trust the FBI if we can't trust its director.

A new claim from an FBI whistleblower alleges that Patel, in violation of policy that dictates that
there be no public discussion of a hostage release until the hostages are safely within U.S.
airspace, leaked news to The Wall Street Journal about a pending hostage negotiation involving
two Americans held by Iranian backed forces in Yemen. The premature disclosure could have
jeopardized the ultimately successful hostage release, and even their lives. That Oct. 14, 2020,
Wall Street Journal report identifies a source of its story as "Kash Patel, a deputy assistant to
President Trump who worked on the deal."

FBI insider raises concerns about Kash Patel: Report

02:35



Patel shared a post on X featuring various Republicans defending his hostage recovery efforts. Among those Republicans is a former Trump White House official who called the leaking allegations "simply absurd."

On Monday, the Senate Judiciary Committee's ranking minority member, Dick Durbin, D-Ill., issued a letter to several pertinent agencies demanding all information about that alleged leak.

Patel insisted on being granted criminal immunity before he would speak to investigators and testify before a federal grand jury as the FBI and the Justice Department were investigating the classified documents secreted at Mar-a-Lago. Patel publicly claimed he was present when Trump, prior to leaving the White House in 2021, announced, "We are declassifying this information."

---

## An FBI director who demanded criminal immunity before speaking to FBI agents is going to have a tough time running the place.

Patel told Breitbart News that "Trump declassified whole sets of materials in anticipation of leaving government that he thought the American public should have the right to read themselves." He also claimed to Breitbart that the "White House counsel failed to generate the paperwork to change the classification markings, but that doesn't mean the information wasn't declassified."

## More from MSNBC Daily

Must reads from Today's list



**A political novice is taking the Maine Senate race by storm — and showing Democrats a way forward**

Eoin Higgins



**An L.A. honors student was about to begin her senior year. Now she's hiding from gangs in Guatemala.**

Jacob Soboroff and & Kay Guerrero

There has never been any evidence that this declassification ever happened.

Did Patel make up the declassification story to please Trump? If his assertions were true, then what did he have to fear in testifying to that fact before a grand jury? I'd say that an FBI director who demanded criminal immunity before speaking to FBI agents, prosecutors and grand jurors is going to have a tough time running the place.

The FBI's motto is "Fidelity, Bravery, Integrity." The record suggests that Patel doesn't possess any of those traits.

    Frank Figliuzzi

Frank Figliuzzi is an MSNBC columnist and senior national security and intelligence analyst for NBC News and MSNBC. He was the assistant director for counterintelligence at the FBI, where he served 25 years as a special agent and directed all espionage investigations across the government. He is the author of "The FBI Way: Inside the Bureau's Code of Excellence."

# EXHIBIT 6

Opinion

# I'm a former FBI agent. Kash Patel's problems go beyond his incompetence.

His record shows no devotion to the Constitution, but blind allegiance to Trump.



Dec. 2, 2024, 12:44 PM CST

**By Frank Figliuzzi, MSNBC Columnist**

On Saturday evening, as many Americans were polishing off Thanksgiving leftovers, President-elect Donald Trump served up a dish too tough to digest. On his Truth Social platform, Trump announced his choice of Kash Patel to lead the FBI. Many of Trump's nominees have substantial baggage, but the Patel pick tells us the most about Trump's plan to subjugate the rule of law to his own rules – minus the law part.

It isn't just that Patel is wholly unqualified to lead the pre-eminent law enforcement and intelligence agency in the nation and perhaps the world. Yes, he lacks the professional

experience needed to lead the bureau's 37,000 employees in 55 U.S. field offices, 350 satellite offices and 63 locations abroad that cover nearly 200 countries. But that's the least of my concerns. After all, Trump's picks for homeland security secretary, director of national intelligence and defense secretary are also remarkably lacking in competency for their proposed roles. Trump's first choice for attorney general was so problematic that he withdrew from consideration before the Senate confirmation process could begin.

## Court findings and the jury system are things that should matter to an FBI director.

Patel's particular problem goes far beyond competence: His record shows no devotion to the Constitution, but blind allegiance to Trump. Patel helped spread the fabricated conspiracy theory that the 2020 election was rigged against Trump. He has promoted the conspiracy of a "deep state" within government institutions whose aim is to topple Trump. Court findings and the jury system are things that should matter to an FBI director, yet Patel seems not to care that more than 60 court challenges found no evidence of fraud in the 2020 election, nor that grand juries and trial juries of American citizens determined Trump should be criminally indicted, held civilly liable and even convicted.

ADVERTISING



**Enhance Treasury Efficiency & Accelerate…**

Ⓜ **MillTech** - Sponsored

**Learn more**

If he becomes FBI director, Patel will have to take an oath to preserve, protect and defend the Constitution, but his public statements raise concerns about his ability to keep that oath. In an interview last year with Trump adviser Steve Bannon, Patel promised to pursue judges, lawyers and even journalists he perceived as having wrongly investigated Trump and influenced the 2020 election. "We will go out and find the conspirators," he told Bannon, "not just in government but in the media – yes, we're going to come after the people in the media who lied about American citizens who helped Joe Biden rig presidential elections." That doesn't sound like a man who intends to strictly adhere to the rule of law. It sounds like a wannabe cop planning on false arrests and fabricated evidence.

This wouldn't be the first time in our nation's history that an FBI director blindly pursued perceived enemies and threats in the absence of all-important evidence. As I wrote earlier this year, in the 1960s, then-FBI Director J. Edgar Hoover "with the approval of Attorney General Robert F. Kennedy, and later with the encouragement of President Lyndon Johnson, illegally wiretapped Martin Luther King Jr. and other civil rights leaders. The FBI sent a letter to King, using details uncovered in the wiretap, essentially blackmailing King and suggesting he kill himself. There were countless "black bag jobs" where the FBI, without court authorization, broke into people's homes, took evidence, opened and read mail, and planted microphones – all outside the law, because someone in power deemed those American citizens to pose some kind of threat."

Kash Patel would be there with Trump 'every step of the way'

09:02



"In 1968 and into the 1970s, Hoover claimed the Black Panther Party was "the greatest threat to internal security of the United States." (It wasn't.) He discussed the Black Panthers with then-President Richard Nixon and got the green light to go after them when, as Nixon directed, "you sort of had the scent of the smell of a national conspiracy thing. You know, the kind of thing like the Panthers, and all that." Unsurprisingly, these sorts of actions did not stop at the Panthers. Nixon ordered the FBI to unlawfully wiretap members of the media without benefit of lawful court orders, simply because Nixon didn't like those reporters.

Inscribed on a statue in front of the National Archives in Washington, D.C., are the words, "What is past is prologue." That quote from William Shakespeare is meant to convey that history determines our future. The question posed by Patel's nomination for FBI director is whether we've learned anything from our history or whether we are destined to repeat it.

## More from MSNBC Daily

Must reads from Today's list



**A political novice is taking the Maine Senate race by storm — and showing Democrats a way forward**

Eoin Higgins



**An L.A. honors student was about to begin her senior year. Now she's hiding from gangs in Guatemala.**

Jacob Soboroff and & Kay Guerrero

    Frank Figliuzzi

Frank Figliuzzi is an MSNBC columnist and senior national security and intelligence analyst for NBC News and MSNBC. He was the assistant director for counterintelligence at the FBI, where he served 25 years as a special agent and directed all espionage investigations across the government. He is the author of "The FBI Way: Inside the Bureau's Code of Excellence."

# EXHIBIT 7

# Senate Questionnaire Sheds Light on F.B.I. Pick's Early Years

In the form, Kash Patel said he had participated in an American Bar Association program that promotes diversity. He also played down his role in the Benghazi investigation.

▶ **Listen to this article · 5:32 min**  Learn more

  

**By Glenn Thrush and Adam Goldman**
Reporting from Washington

Jan. 21, 2025

Kash Patel, the Trump loyalist tapped to run the F.B.I., has provided fresh details about his life — including legal work on behalf of a human trafficker, membership in an exclusive Las Vegas club and participation in a diversity-and-inclusion program, in new documents sent to lawmakers.

In a 24-page questionnaire sent to the Senate Judiciary Committee this month, Mr. Patel also downgraded his work as a Justice Department investigator on the 2012 attack in Benghazi after claiming he had been one of those leading the inquiry.

The committee could schedule a hearing on Mr. Patel's razor's-edge nomination as soon as Jan. 29, according to several people with knowledge of the situation. As part of that process, Mr. Patel, 44, responded to a series of standard questions about his personal and professional experiences.

Most answers are written in job-application boilerplate, but taken as a whole the questionnaire paints a far more nuanced portrait than the bombastic and combative Mr. Patel projects on right-wing podcasts or as a speaker at Trump

rallies.

In particular, it sheds new light on his early years as the Long Island-bred son of immigrants from the Indian state of Gujarat who worked as a caddy and toiled for years as a local and federal public defender in Florida.

---

**What you should know.** The Times makes a careful decision any time it uses an anonymous source. The information the source supplies must be newsworthy and give readers genuine insight.

Learn more about our process.

---

He reports in detail on his legal defense of crack dealers, gun runners and one 2013 case in which he persuaded federal prosecutors to drop charges against a man accused of trafficking 17 people, including three minors, from an unnamed foreign country.

But one of the most intriguing lines is his reference to participating in the American Bar Association's Judicial Intern Opportunity Program, a diversity initiative, while a student at Pace University's law school in 2003.

The program, a summer internship with judges in 12 cities around the country, "provides opportunities to students who are members of groups that are traditionally underrepresented in the profession, including students from minority racial and ethnic groups, students with disabilities, veterans, students who are economically disadvantaged, students who identify as LGBTQ+, women and others," according to the bar association's website.

"It is also an opportunity to make an impact on the diversity and inclusion pipeline and give back to the legal community," the program's directors wrote.

A spokesman for Mr. Patel, one of relatively few people of color to be selected for top administration positions, did not immediately respond to a request for comment.

That he availed himself of such a program as an ethnic minority would be unexceptional had not Mr. Trump made attacking diversity, equity and inclusion programs in academia and government a core element of his pitch to voters.

On Day 1 of his second term, Mr. Trump announced an executive order ending D.E.I. programs in the federal government, which he has denounced as "Marxist" and racist. The F.B.I. has taken pre-emptive action, quietly closing its own D.E.I. office in December.

If confirmed, Mr. Patel would be the first director of color of an agency that had a decadeslong history of racial and gender discrimination.

Mr. Patel has been an unrestrained campaign surrogate for Mr. Trump, but has said relatively little over the years about diversity or inclusion, a go-to topic for Mr. Trump and his allies.

"I helped support diversity in the legal profession and mentor attorneys from underrepresented backgrounds," he wrote of charitable work that included service as a board member of the South Asian Bar Association of North America.

Mr. Patel revisits familiar ground in the sections devoted to his more recent activities as a House staffer whose loyalty and assiduous courtship of Mr. Trump put him on the express elevator to senior national security posts in the president's first term — and have now given him the opportunity to run the country's most powerful and storied law enforcement agency.

In his 2023 memoir, "Government Gangsters," and in a conversation on a September podcast of "The Shawn Ryan Show," Mr. Patel inflated his role as a federal prosecutor in the investigation of the 2012 attack on a diplomatic compound and a C.I.A. annex in Benghazi, Libya, that killed four Americans. Mr. Patel made it sound like he had led the government's overall effort to prosecute those involved in the attack.

In particular, he repeatedly said he was leading the prosecution's efforts at "Main Justice." But he makes scant reference to the case in the documents, simply saying he had "collaborated on cases tied to the Benghazi attacks."

And he doesn't mention Benghazi when asked to describe the 10 most important cases he litigated in his career.

The documents also shed some light on his personal life — he has incorporated a variety of businesses around the country, has coached in a youth hockey league and lives in Las Vegas. He was recently accepted as a member of the Poodle Room, a rooftop club at the Fontainebleau Hotel there, with an estimated $20,000 members' fee. The club was named after a lounge of the same name in Florida, frequented by Frank Sinatra and the Rat Pack.

**Glenn Thrush** covers the Department of Justice and has also written about gun violence, civil rights and conditions in the country's jails and prisons.

**Adam Goldman** writes about the F.B.I. and national security. He has been a journalist for more than two decades.

# EXHIBIT 8

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/politics/policy/fbi-overhaul-off-to-a-rocky-start-as-kash-patel-prepares-to-defend-his-vision-1085c6f8

**POLITICS** | **POLICY**

# FBI Overhaul Off to a Rocky Start as Kash Patel Prepares to Defend His Vision

White House mixes up who is temporarily in charge of agency as Trump loyalist heads into Senate confirmation hearing

*By Sadie Gurman* [Follow] *and James Fanelli* [Follow]

*Jan. 29, 2025 9:00 pm ET*



Kash Patel is expected to be asked in his confirmation hearing whether he has enough experience to lead the FBI. PHOTO: TIERNEY L. CROSS/REUTERS

WASHINGTON—Trump officials tried to start their shake-up of the Federal Bureau of Investigation even before the president took office, picking supervisors in New York and New Jersey to run the agency until the Senate could confirm Kash Patel, Trump's choice for FBI director.

But in an Inauguration Day scramble, White House officials goofed on the White House website and listed the wrong man in charge of the agency, people familiar with the matter said. Instead of correcting the error, officials let it stand, and the two men traded temporary titles, hopeful that Patel could soon be in the job, the people said.

Trump's aggressive plans to reshape the bureau, and the chaos that could bring, will be in the spotlight Thursday when Patel is set to appear for his confirmation hearing before the Senate Judiciary Committee. He is expected to face sharp questions about his close ties to Trump and whether he has the experience to lead the nation's premier law-enforcement agency.

Patel has in the past said he wants to see investigations into many of the people Trump sees as enemies, including former FBI Director Christopher Wray, whom Trump picked during his first term and who stepped down this month before Trump could fire him. "I'd shut down the FBI Hoover building on day one and reopen it the next day as a museum of the Deep State," Patel said on a podcast last year.

In a Senate questionnaire, Patel listed more than 1,000 media appearances and said he worked as a Trump surrogate, an unusual background for an FBI director.

Some Trump aides warned it would be problematic to pick Patel, given his controversial comments. Trump's attorney general nominee, Pam Bondi, who wasn't involved in Patel's selection, told senators: "Mr. Patel would fall under me and the Department of Justice, and I will ensure that all laws are followed—and so will he."

In recent meetings with lawmakers, Patel has assured some senators that he will name a special agent with FBI experience to be his deputy, rather than a political outsider, said one person familiar with the meetings. Patel, 44 years old, dismissed some of his more bombastic comments as hyperbole, another person said, and told senators he would be fair.

At his confirmation hearing, Patel plans to emphasize his life story as the son of Indian immigrants and his years as a public defender and career federal prosecutor, according to a person helping him prepare for it. He has recruited some former FBI officials who share his views to advise him.

"Mr. Patel will run an FBI Americans can be proud of, with people at all levels that will execute its important mission," a representative for Patel said.

Some FBI officials are concerned Patel will undermine the bureau's nonpartisan ethos and unnecessarily punish the workforce. Others are cautiously optimistic and say they are on board with some proposed changes, including sending more agents from headquarters to the field.

Becoming FBI director would be a huge rung up in Patel's rapid career ascension. In the questionnaire, most of the significant cases he described working on are from his time as a public defender in Florida. Among his clients: a man charged with helping 17 people enter and live in the U.S. illegally and another charged with trying to sell 6,000 stolen Amazon Kindle readers.

Patel came on Trump's radar in 2018 when, as a staffer for the House Intelligence Committee, he wrote a memo alleging improprieties in

how the FBI had targeted a former Trump adviser. The thrust of the memo was later validated by the Justice Department's inspector general.

Patel's critics, including senior officials who worked with him in the first Trump administration, say his résumé masks a lack of management experience and a firm grasp of how the FBI works. They point to alleged missteps he made when he had moved from his House staff job to the first Trump national-security staff, including some that appear to have scrambled high-stakes hostage rescue operations.

In October 2020, Patel told The Wall Street Journal that two Americans held hostage by Iran-backed Houthi militants in Yemen had been freed. On Monday, Illinois Sen. Dick Durbin, the top Democrat on the Senate Judiciary panel, said his office had received information alleging that Patel broke protocol in making those comments and revealed an operation as it was still in progress, several hours before the hostages were confirmed to be in U.S. custody. Other former Trump administration officials disputed the account.



After the first Trump administration, Kash Patel's projects included starting a company that sold pro-Trump T-shirts. PHOTO: ASSOCIATED PRESS

After leaving the first Trump administration, Patel stuck close to Trump. He launched a clothing company that sold pro-Trump T-shirts, as well as those with his own "K$H" moniker. He became a director of Trump's social-media company Truth Social, which paid his company $120,000 a year for consulting work, and earned another $210,000 during the 2024 election cycle from Save America, Trump's political-action committee. He also wrote a provocative children's book that pays homage to its hero, King Donald.

Patel has lived in Las Vegas for the past few years, renting a home owned by Trump donor Michael Muldoon, who co-owns a timeshare company. There, he socialized in rarefied circles, joining the Poodle Room, a members-only club at the Fontainebleau hotel that attracts celebrities.

The former president of the Nevada Republican Club, Rudy Pamintuan, said he thought Patel moved to Nevada because it is a place where people can get a fresh start. At GOP events, Patel put in long hours patiently answering voter questions about Trump, Pamintuan said.

Patel was hired last April as a director at VK Integrated Systems, a Tennessee-based weapons technology company, which won a $1.25 million contract with the Pentagon earlier last year to develop an explosive gel for the Air Force.



Sen. Lindsey Graham (R., S.C.) and Kash Patel at the White House 2019, during President Trump's first term. PHOTO: ALEX WONG/GETTY IMAGES

At FBI headquarters, officials are bracing for what Patel's tenure could bring. The director mix-up appears to be indicative of the move-fast-and-break-things approach of the second Trump administration.

A week before Trump's inauguration, the Trump transition reached out to Robert Kissane, a bureau official running counterterrorism operations in New York, to serve as the FBI's temporary leader, according to people familiar with the matter. Officials asked Brian Driscoll, who worked in the bureau's hostage rescue operations, to serve as deputy. Driscoll is known to sign his name 'Drizz,' and his friends affectionately liken him to the fictional Captain Jack Sparrow, from "The Pirates of the Caribbean."

Each man had one conversation with Patel, traveled to Washington and had set up in their respective suites on Inauguration Day when word reached them that the White House had incorrectly listed Driscoll as the acting director on its website, according to people familiar with the matter.

Instead of fixing the error, the pair swapped their temporary FBI roles—and offices.

*—Aruna Viswanatha contributed to this article.*



In October, Kash Patel appeared at Trump campaign rally in Nevada. PHOTO: JUSTIN SULLIVAN/GETTY IMAGES

Write to Sadie Gurman at sadie.gurman@wsj.com and James Fanelli at james.fanelli@wsj.com

**Further Reading**



**FBI Raids Home, Office of Former Trump National Security Adviser John Bolton**



**William Webster, Former Head of the FBI and the CIA, Dies**

# EXHIBIT 9

LAWFARE

**Congress**   **Criminal Justice & the Rule of Law**   **Executive Branch**

## The Patel Dossier

Anna Bower, Benjamin Wittes

Thursday, January 30, 2025, 11:04 AM

*Everything you want to know about Kash Patel—and so very much more.*

Kash Patel today goes before the Senate Judiciary Committee, which is considering his nomination to be director of the FBI. To say that Patel is an unusual nominee would understate the matter considerably.

Unlike all previous directors of the bureau, Patel's background is overtly partisan and political. He is the only nominee to the position to sell branded wine, to write children's books, or to have a long history of conspiracy theorizing. He is also unique in that nearly every aspect of his professional career carries with it some measure of controversy—everything from the suggestion that he has inflated his role in events to the belief, publicly alleged by senior officials, that he endangered American troops overseas. He has suggested that the law enforcement apparatus has been used politically against President Trump—and that Trump should use it against his own foes. And he is a central figure in crafting the mythology, so key to discrediting the Russia investigation, of the so-called "Steele Dossier."

To help people make sense of Patel's career, we have compiled what one might call "The Patel Dossier." It is an attempt to assemble, describe, and document the major controversies that have amassed around Patel. We have used the public record only. In most cases, we have begun with Patel's own book, and then looked for other accounts of the same events. With respect to many issues we describe, the record is frankly incomplete. There's a great deal of room for senators at Patel's hearing to get him on the record responding to allegations and clarifying his own statements and claims.

### The Public Defender

Though Patel likes to describe himself as a "guy from Queens," he grew up about an hour away on Long Island, in the village of Garden City. As a high school student, Patel caddied for "wealthy" and "important" New Yorkers at the Garden City Country Club. It was there that Patel first developed an interest in pursuing a career in law. In his book, *Government Gangsters: The Deep State, the Truth, and the Battle for Our Democracy*, Patel recounts listening to a group of defense lawyers discuss their work as they "hit the links" at the Country Club. "I didn't understand exactly what they did, but being a lawyer sounded interesting," Patel writes. Off he went to the University of Richmond and then Pace University's law school, where he dreamed of becoming "a first-generation immigrant lawyer at a white shoe firm making a ton of money."

Patel's Big Law dreams never materialized. "Nobody would hire me," he explains in his book. On the advice of a friend, Patel applied for a job with the public defender's office in Miami-Dade County, Florida, which he describes as the "number one defense office in the country." To Patel's surprise, he got the job.

By his own admission, working as a public defender was a "strange fit" for Patel. Throughout his college years, Patel's political beliefs had moved "more and more" to the right. His ideological perspectives didn't quite square with the views of many of his colleagues, who, according to Patel, were "far left of the left-wing." Still, Patel insists that he "couldn't be happier" that he became a public defender. "Yes, some of my colleagues were crazy," Patel writes. "But me, I always cared about justice and wanted those who did good to be rewarded and wrongdoers to be punished…The most effective way to reach the right results in each and every case is to have the right process—to have *due* process—and public defenders are essential to achieve due process."

Patel worked as a public defender—first in state court in Miami-Dade and, later, in federal court in the Southern District of Florida—for nearly nine years. Reading *Government Gangsters*, it's clear that Patel's work in indigent defense was a formative experience, imparting him with an early distrust of federal law enforcement. "Honestly, I can't tell you how many times I caught the feds abusing due process or lying on the witness stand," he writes.

### The Federal Prosecutor

Despite Patel's professed misgivings about "feds," he eventually joined their ranks. By 2014, he landed a job as a federal prosecutor in the National Security Division at Main Justice—the Justice Department's headquarters—in Washington, D.C. But, as Patel tells it, what should have been a "dream job" for an ambitious, young, thirtysomething lawyer turned out to be an education in the "failings" of the Justice Department from the inside. "I soon realized that my bosses at HQ didn't have my back," Patel writes. "Ultimately, they were more concerned with politics and optics than with defending those who wanted to serve the institution."

According to Patel, his first lesson in this alleged "optics, not justice" ethos began with the Sept. 11, 2012 attack on the American Embassy in Benghazi, Libya. Shortly after he joined the Justice Department, Patel was assigned to the team of prosecutors who were tasked with conducting a criminal investigation into the terror attack that killed four Americans. In his book, Patel says that he was "leading the prosecution's efforts at Main Justice" by the time the Justice Department began bringing charges against individuals involved in the attack. He then claims that he watched Justice Department officials in the Obama administration "go soft" on terrorists by deciding to pursue charges against a single suspect. "Despite the fact that we had reams of evidence against dozens of terrorists in the Benghazi attack, Eric Holder's Justice Department decided to only prosecute one of the attackers," Patel writes. In his telling, deep skepticism about the prosecutorial decision-making of the Justice Department's leadership prompted him to decline an offer to join the trial team for the prosecution of a Libyan militia leader accused of planning the attacks.

According to reporting published in multiple media outlets, including The Atlantic, The New York Times, and MotherJones, Patel exaggerated his role in the Benghazi investigation and misrepresented the Justice Department's efforts to prosecute individuals involved in the attacks. While Patel did work on the Benghazi investigation, the prosecution was led by representatives from the U.S. Attorney's Office—not Main Justice, where Patel worked. According to the Atlantic, Patel was never asked to join the trial team. And the New York Times reports that it's simply not true that the Justice Department only pursued a single prosecution related to the attack. As early as 2013, according to the Times, the Justice Department had already filed sealed complaints against about a dozen militants.

The Justice Department's handling of the Benghazi investigation wasn't the only source of Patel's growing disillusionment with the federal government. In his book, Patel recounts the locus of his grievance against his supervisors at the Justice Department: a 2016 incident in which a judge in Texas reprimanded Patel about his courtroom attire.

In January 2016, Patel explains, he had traveled to Tajikistan to interview witnesses for a terrorism case related to the Islamic State. While he was still there, a judge in Texas called a hearing for another case to which Patel had been assigned. With less than a day's notice before the hearing, Patel flew back to the United States, landing in Texas only an hour before the scheduled start time, according to a transcript of the proceeding. Having not brought a suit and tie with him to Tajikistan, Patel says he showed up in court wearing "pants, a button down, and a blazer."

What ensued was a bizarre dressing-down of Patel by the judge, Lynn Nettleton Hughes. He berated Patel for showing up without a tie—and then scolded him for showing up at all. "Dress like a lawyer," the judge said. "Act like a lawyer," he commanded. He proceeded to accuse Patel of being just "one more non-essential employee from Washington," who had "no independent utility." The judge summarily dismissed Patel from his chambers. Later, after the Justice Department attempted to obtain a copy of the transcript from the hearing, Judge Hughes issued an "Order on Ineptitude" that blasted the "pretentious lawyers" from Main Justice.

To be sure, a transcript of the confrontation shows that Patel acted professionally throughout the exchange, despite the judge's curmudgeonly missives. And, according to Patel, senior leadership at the Justice Department privately told him that they were "furious" over the episode, praising him for keeping his cool.

For Patel, the problem was that the Justice Department refused to come to his defense publicly. In the wake of the incident with Judge Hughes, several media outlets reported on the confrontation, including the Washington Post and the Wall Street Journal. The Justice Department, for its part, declined to comment on the stories. The initial stories on the incident, which recount details of the transcript at length, make reasonably clear that the judge, not Patel, was in the wrong.

Still, Patel felt aggrieved by his portrayal in the media reports. The media, he writes in *Government Gangsters*, "had the judge's side of the story and that was it, so they ran with it and dragged my name through the mud." All the while, Patel writes that his superiors at the Justice Department "did nothing." In his view, the inaction owed everything to a single calculation: "They didn't want to stick their necks out to defend one of their own because they didn't want to risk bad press or getting in a spat that might tarnish their reputations."

Within a few months of the incident, Patel left the Justice Department.

### The Nunes Memo

Kash Patel "NEVER" wanted to work on the Hill.

For one thing, being a congressional investigator didn't sound all that exciting. He thought it was the kind of work that would result in "some boring report" that "very few people would ever care about or read." Besides, Patel had his sights set on his "dream job": A position at the National Security Council (NSC) in the Trump White House.

But Devin Nunes is nothing if not persuasive.

At least, that's how Patel tells it in Chapter 4 of *Government Gangsters*, in which he recounts his reluctant career shift from federal prosecutor to Congressional staffer. In the book, Patel insists that he wasn't interested in a job in politics when he met Nunes (R-CA), a Republican Congressman and then-chairman of the House Permanent Select Committee on Intelligence (HPSCI). At the time, Nunes's committee was investigating Russian interference in the 2016 election and the origins of the FBI's investigation into the same. While Patel initially sat down with Nunes as a favor for a friend, the two got along "right off the bat." The congressman eventually persuaded Patel to join his team as an investigator on the Russia matter.

Patel spent several months examining the FBI's investigation into ties between the 2016 Trump campaign and Russia. He zeroed in on the FBI's applications to surveil Carter Page, a Trump campaign aide with ties to Russia, under the Foreign Intelligence Surveillance Act (FISA). The applications relied in part on claims set out in the so-called "Steele Dossier," a compilation of political opposition research about Trump. The central allegations in the dossier, which was authored by a former British intelligence agent named Christopher Steele, have since been discredited.

In 2018, Nunes released a much-hyped, four-page memo on alleged surveillance abuses by the FBI and the Justice Department during the Russia investigation. The memo, which Patel says he drafted, claimed that law enforcement heavily relied on the "Steele dossier" to obtain a FISA warrant on former Trump campaign adviser Page in October 2016. It further alleged that agents failed to adequately explain to the FISA court that the dossier's author, Steele, had voiced opposition to Trump and had received funding from the Democratic National Committee and the Hillary Clinton campaign.

Patel's instinct about the Steele material was correct, at least in part. A lot of it turned out to be garbage. He was also correct, as the Justice Department's inspector general later found, that the FISA applications based on it were significantly flawed. There were numerous errors in them.

At the same time, Patel, Nunes, and Trump have always made too much of the role that the Carter Page FISA warrants, and thus the Steele materials, played in the larger Russia investigation. This was not, in fact, how the Russia investigation started. It also never panned out, which is unsurprising given that some of the underlying information was incorrect. So none of the many prosecutions brought but the Robert Mueller investigation rely on the Steele materials. And none of the very damaging factual claims in the Mueller Report owe anything to Steele. Patel talks about the Steele material and the Carter Page FISAs as though they were the root system of a rotten tree—the fruit of which is all poisoned. In fact, it was a small branch of a very large tree, one that withered and died and never produced fruit at all.

## The White House

By the fall of 2018, with the Nunes Memo published and with the Democrats poised to retake the House, it was time for Patel to move on. Nunes, who had promised two years earlier that he would help Patel secure a position at the National Security Council, spoke to Trump on his staffer's behalf. According to *Government Gangsters*, the congressman told Trump that Patel had "saved his presidency by revealing the unprecedented political hit job designed to take him down."

It worked. "When President Trump learned who I was and what I did, he told his chief of staff to hire me immediately onto the NSC," Patel recalls.

But Patel had a problem: John Bolton, the then-national security advisor whom Patel has described as an "arrogant control freak." According to Patel, Bolton "threw up roadblock after bureaucratic roadblock to prevent me from being hired." Eventually, Trump told Bolton to "cut the crap." Reluctantly, Bolton hired Patel, initially placing him in the International Organizations Directorate, which had a vacancy at the time. Several months later, Bolton moved Patel over to the Counterterrorism Directorate. There, Patel claims he rose to the rank of senior director of counterterrorism, which he describes as the top dedicated counterterrorism official in the Trump White House.

Bolton has similarly described the machinations leading up to Patel's hiring at the NSC. In a recent Wall Street Journal op-ed, Bolton describes his reluctance to hire Patel, even at Trump's urging, citing his "utter lack of policy credential," his "puffery," and his proclivity for "resume inflation."

But Bolton vehemently disputes Patel's account of what he actually did at NSC once hired. According to Bolton, Patel never ascended to the role of senior director, as he contends in his book and elsewhere. At both of his NSC roles—first at the international organizations directorate and then at the counterterrorism directorate—Patel reported to senior directors and "had defined responsibilities." Assessing Patel's work, Bolton surmises that Patel was "less interested in his assigned duties than in worming his way into Mr. Trump's presence, which evidenced he was duplicitous, manipulative, and conspiratorial."

As an example of Patel's duplicity, Bolton points to the Congressional testimony of the former NSC Senior Director for Europe, Fiona Hill, during Trump's impeachment hearings. Hill testified that Patel, who at that time was assigned to work for the International Organizations Directorate, "participated in a May, 2019, Oval Office meeting on Ukraine, and that he had engaged in various other Ukraine-related activities." According to Bolton, any work Patel did on Ukraine was "unrestrained freelancing" outside of the normal NSC channels.

Patel, for his part, has denied Hill's account. "At no time have I ever communicated with the president on any matters involving Ukraine," he told Axios in 2019.

Bolton would not be the last White House official to raise concerns about Patel's qualifications for a position in the administration. As Patel increasingly curried favor with Trump, the president and his allies began to advance the idea of installing him in a variety of key roles. On several occasions, according to multiple sources, White House Chief of Staff Mark Meadows floated the idea of appointing Patel as deputy director of the FBI. But when he ran the idea by Bill Barr, the then attorney general, Barr balked. "Over my dead body," Barr replied, according to his memoir.

In *Peril*, Carl Woodward and Robert Costa report that Barr then proceeded to cast aspersions on Patel's qualifications for the job. "Everyone in that building is an agent. They've all been through the academy...The only person who is not an agent is the director," he reportedly told Meadows. "Do you think that son of a bitch is going to go over there and command respect from these guys? They'll eat him alive."

Eventually, Barr explains in his book, the subject died.

Nor is Hill's testimony about the Ukraine matter the only time that Patel has been accused of flouting institutional protocol. CBS News reports that, in the leadup to Patel's confirmation hearing, Senate Democrats have obtained information from an FBI whistleblower about Patel's conduct during an operation to retrieve two Americans from Iranian-backed militants in Yemen in October 2020. According to CBS, the whistleblower alleges that Patel violated firmly entrenched protocols to

keep such operations under wraps until the captives are safely in U.S. hands and their families have been notified. The report cites a Wall Street Journal article, published on Oct. 14, 2020, at 10:55 a.m., in which Patel confirmed that two Americans and the body of a third were exchanged for two hundred Houthi fighters. The article was published "several hours" before the hostages were in the confirmed custody of the United States, according to CBS. While the Americans were returned safely, Patel's comments went against long standing FBI protocol to maintain secrecy around such operations until the hostages were in U.S. custody. Senate Democrats have reportedly requested additional information about the incident from various federal agencies.

About two weeks after the Yemen operation, there was another dust-up over a rescue mission, this time in West Africa. That week, on Oct. 29, 2020, American officials learned that a 27-year-old American named Phillip Walton had been abducted from his home in Niger, near the country's border with neighboring Nigeria. As Mark Esper, Trump's then-secretary of defense, recounts in his memoir, American forces quickly assembled operations to rescue Walton.

The next day, on Oct. 30, 2020, according to multiple news reports and Esper's memoir, a team of Navy SEALs stood by on a plane in West Africa, awaiting the green light from the Pentagon. As the State Department worked to secure permission to enter the airspace of a key country, a Department of Defense official received a call from Patel, who then still worked in counterterrorism at NSC. As described in Esper's book, Patel told the Pentagon that Secretary of State Mike Pompeo had "got the airspace cleared." The mission could proceed.

A few hours later, as the military aircraft carrying the SEALs neared the Nigerian border, Esper learned some disturbing news: The Secretary of State had not, in fact, secured permission to enter the airspace. What Patel told the Pentagon earlier that day was wrong; the State Department was still working on securing airspace clearance.

The SEALs were forced to temporarily divert the operation, circling the aircraft in approved airspace as they awaited further instructions from the Pentagon. Esper, for his part, called Pompeo to find out what happened. According to Esper, Pompeo said he didn't know where Patel got his information. Pompeo never spoke to him. "My team suspected Patel made the story up," Esper recalls in his memoir, "but they didn't have all the facts."

Whether made up or not, the miscommunication put the mission—and American lives—at risk. With the clock ticking, Esper and other Pentagon officials weighed the options. If they waited much longer for permission to cross the border, the aircraft would have to return to its base and the operation would have to be rescheduled for another evening, during which time Walton could be moved or killed by his captors. On the other hand, as Esper puts it in his memoir, proceeding with the mission without airspace approval "would technically be an invasion of a foreign country."

Esper and Pompeo called the president and his Chief of Staff, Mark Meadows, to brief them on the options. "We recommend the mission go forward. But the president has to make that call," Esper told Meadows. Then, as Meadows began to ask questions, they received breaking news from the Situation Room. It was Deputy Secretary of State Steve Biegun on the line: "The overflight rights we requested were approved."

The mission was a go. Soon after, Walton was safely returned home.

Still, Pentagon officials were livid with Patel. According to Esper, the incident prompted one senior official, Anthony Tata, to confront Patel, which quickly devolved into "verbal fisticuffs" and "yelling at each other."

Patel, for his part, has claimed that Esper "falsely attacked" him. As he recounts the story in his book, the hostage mission was a "greenlight" until Esper "swooped in" and sent word that the operation was a no-go. "In the Situation Room, I was told what Esper did, so I sent the message back that the commander in chief personally greenlit the mission, so unless there was a threat to our forces, the boys were jumping," Patel writes. The next day, according to *Government Gangsters*, Esper sent word to the White House that he wanted Patel fired. In Patel's eyes, it was a "personal vendetta" for Esper. "Amid all this, the President agreed that Esper had to go," Patel further claims in his book.

Several weeks later, shortly after Election Day, Trump fired Esper. Patel says he received a job offer later that same day. The president wanted him to serve as the chief of staff for Chris Miller, who had just been named acting secretary of defense in the wake of Esper's departure. Patel was "honored" to take the job.

While Patel's conduct during the Walton rescue mission raised private concerns among his colleagues, another incident that occurred that year would result in something more concrete: a criminal referral to the Justice Department. The referral, as reported earlier this week by CNN, came in the waning months of the first Trump administration, when the CIA requested that the Justice Department investigate Patel's handling of classified information. While information about the circumstances of the referral are sparse, CNN reports that the CIA "claimed in its referral Patel circulated a memo in 2020 to people inside the US government about Russian efforts to interfere in the 2016 presidential election." The intelligence agency had not authorized that information to be declassified, and some of the people who received the memo didn't have the proper level of clearance to see its contents, according to CNN.

In addition to the criminal referral, a "flag" was placed in Patel's security clearance file, as is common practice when individuals who maintain security clearance are referred for criminal investigation. The flag reportedly remains on Patel's file inside the FBI's security clearance database.

Ahead of Patel's confirmation hearing, Sen. Dick Durbin (D-Ill.), the Ranking Member of the Senate Judiciary Committee, sent a letter to the Justice Department and several intelligence agencies requesting information about allegations of misconduct against Patel, including referrals to the Justice Department.

Patel disputes the facts alleged against him in each of these cases. It is remarkable, however, that officials as diverse as Bolton, Hill, Barr, and Esper all publicly have suggested that he acted beyond his remit or have questioned his truthfulness about important matters of state. At a minimum, one would think the Senate Judiciary Committee would want to clarify Patel's role in the incidents in question before installing him at the helm of the FBI.

### January 6th

Kash Patel had plenty of reasons to be preoccupied in the lead up to Jan. 6.

For one thing, he had election conspiracy theories to investigate.

In November, after Joe Biden defeated Patel's boss in the presidential election, Trump and his allies had set off on a frantic quest to overturn the results of the election by parroting false or misleading claims about supposed voter fraud or other irregularities. As Trump and his lawyers searched for evidence of fraud,

Patel, in his new role at the Defense Department, took an interest in one of the more outlandish conspiracy theories: The idea that an Italian defense contractor uploaded software to a satellite that switched votes from Trump to Biden. According to Richard Donoghue, then the acting deputy attorney general, Patel called him sometime in late December or early January to inquire about the theory. Donoghue was dismissive, telling Patel that there wasn't anything to it. Still, around that time, Patel's direct boss, Acting Secretary of Defense Chris Miller, went so far as to place a call to the Italian defense attache, inquiring about the conspiracy theory.

Judiciary Committee Ranking Member Richard Durbin has suggested that Patel was also at least peripherally involved in the attempt by then-Justice Department official Jeffrey Clark to deploy Justice Departments resources to overturn the 2020 election. Durbin, who conducted an investigation of the matter in 2021, alleges in a letter: "On January 2, 2021, then-Director of the Office of the Director of National Intelligence (ODNI) John Ratcliffe referred Mr. Clark to Mr. Patel. Then-Director Ratcliffe informed Mr. Clark that Mr. Patel purportedly could help identify a "trustworthy" individual at the FBI who would potentially be willing to aid Mr. Clark's efforts."

The claim is sourced to contemporaneous notes by Jeffrey Clark reflecting his Jan. 2, 2021 meeting with Ratcliffe.

Election conspiracy theories aside, Patel had plenty of other reasons to be preoccupied around that time. There was the Afghanistan withdrawal, for one thing. But, most of all, Patel says in his book that he was busy preparing for the presidential transition. Others might substitute a different verb, as Sen. Durbin recently did in a letter sent to federal agencies ahead of Patel's confirmation hearing: Patel was busy "impeding" the presidential transition.

Two weeks after he arrived at the Department of Defense, Patel had been tasked with leading the Pentagon's transition efforts.

In Patel's version of events, which he recounts in *Government Gangsters*, the task was a "heavy lift." It took a significant amount of effort to ensure that the incoming Biden staffers were "brought up to speed" so they could "govern effectively and defend the nation," Patel emphasizes.

Yet, by some accounts, Patel's own conduct during the transition seemed geared toward interfering with, rather than aiding in, the transition process. According to a Dec. 2020 NBC News report, Patel told officials at the Department of Defense that they are "not going to cooperate" with the Biden transition team. The report describes alleged "restrictions" Patel placed on the transition process, including by prohibiting some career officials and subject matter experts from providing key information on national defense issues to the transition team. In other instances, according to NBC, Patel "put a political spin" on information before sharing it with Biden transition officials.

The Pentagon, in a statement provided to NBC in response to the article, insisted that the Department of Defense had and would continue to work closely with Biden transition officials.

Privately, Patel was enraged by media coverage about the transition process, which he considered to be "damaging" and "false." In the wake of one such unfavorable press report, Patel went so far as to insinuate that he would completely cut off access to the Biden transition team. "Tell Kath that if her or any ART team continues these total fake narratives, I will shut it all down," Patel wrote in an email to his staff, using an acronym for the president-elect's "agency review

team," which assists with the transition process. Asked about this email during his deposition before the Jan. 6 Committee, Patel acknowledged that "Kath" was a reference to Kath Hicks, a transition representative for the Biden team.

Speaking before the Jan. 6 committee, Patel downplayed the email. It was, he said, merely intended as a "hyperbolic statement to make sure my team understood the severity in which I wanted this matter adjudicated and the record corrected."

Still, Patel has admitted—in both his Jan. 6 Committee deposition and in an op-ed published by Fox News—that the Defense Department did in fact "pause" the transition process in late December, not long after NBC published its report. In Patel's account, the "pause" lasted for only "one day" so that Defense Department leadership "could focus on other pressing national security matters." During his deposition before the Jan. 6 Committee, however, investigators pushed back on this claim: "The Biden-Harris folks' recollection is it was a 3-week stoppage of any transition, occurring from mid-December and not reengaging until January," an unidentified congressional staffer said, according to a transcript. "I just don't think that's something we would've done," Patel replied.

Despite the criticism levelled at Patel over the transition, Patel gives himself a 5-star review in *Government Gangsters*: "All said and done, it was a masterclass in how presidential transitions go—even in the face of the egregious lies in the press."

In this section of the book, which is subtitled "Peaceful Transition," Patel doesn't mention the thousands of rioters who stormed the Capitol on Jan. 6th, 2021, disrupting the Joint Session of Congress.  Elsewhere in the memoir, however, he provides an account of Jan. 6th that is riddled with half-truths and outright falsehoods.

Some aspects of Patel's account of Jan. 6th are relatively uncontroversial. On that day, Patel recalls, he was in his new office at the Pentagon, where he had been "almost every day" since being named chief of staff at the Department of Defense. "There was a very large crowd gathering at the Capitol, and it seemed all the regular tactics of crowd control were either not implemented or ineffective," he recalls. Patel soon began to monitor what was going on at the Capitol more closely.  "But at that point, like most every American, there was little we could do as we started seeing barriers overrun and people streaming through the doors," according to Patel.

Then Patel begins to plant the seeds of conspiracy. Alluding to a popular right-wing theory that the attack on the Capitol was instigated by the FBI or FBI informants, Patel claims that there were all sorts of "strange agitators" that "stirred up the crowd" without facing consequences. As a part of this conspiracy theory, some on the MAGA right have focused on a rioter by the name of Ray Epps, baselessly claiming that he was an undercover FBI agent who helped incite the attack.  In *Government Gangsters*, Patel indulges this theory, claiming that a top FBI official, Jill Sanborn, "dodged" questions about whether there were any FBI agents in the crowd on Jan. 6 and whether Epps was a "fed."

"If the answer was 'no,' she would have said so," Patel concludes. "All the signs of a cover-up are on display, as is the two-tiered justice system we have become so familiar with."

Patel has repeated similar claims about the FBI's role in Jan. 6 on podcasts and other media appearances, as Tom Josecyln and Norm Eisen have catalogued for The Bulwark. During a March 2023 interview with right-wing YouTuber Tim Pool, for example, Patel discussed the need to get to the bottom of the FBI's involvement in order to "defeat the insurrection narrative."

"We know they [FBI] were involved [*laughing*] . . . Ray Epps . . .," Pool said at one point during the interview. Patel responded: "I totally agree."

Claims that the FBI instigated the attack on the Capitol, as well as the related claim that Epps was working on behalf of the FBI to incite the riot, lack any sort of evidentiary basis. In a recently released report, the Justice Department's inspector general, Michael Horowitz, found that the FBI "did not have any undercover employees" in the crowd that day. Though the report found that there were 26 individuals in the crowd that day with a history of passing on information to the FBI, it also concluded that the bureau did not order or authorize any of those individuals to instigate a riot or storm the Capitol.

What's more, Epps has testified under oath that he has never worked for the federal government beyond his service in the military. Last year, when Epps was sentenced to probation for his relatively minor role in the riot, the presiding judge acknowledged the hardships he had endured as a result of the conspiracy theory. Epps, Judge James E. Boasberg said, "had to live like a fugitive because of lies others spread."

Patel has pushed other false or misleading claims about Jan. 6. He has claimed, for example, that Trump authorized the deployment of "10,000-20,000" National Guard forces several days before the Joint Session of Congress. Patel testified to this fact on Trump's behalf during a trial in Colorado state court on the question of whether Trump should be disqualified from the ballot under s. 3 of the 14th Amendment. The presiding judge, Sarah B. Wallace, found that Patel was not a credible witness. "His testimony regarding Trump authorizing 10,000-20,000 National Guardsmen is not only illogical (because Trump only had authority over about 2,000 National Guardsmen) but completely devoid of any evidence in the record," she wrote.

### The MAGA influencer

By the time Patel departed the White House, he'd racked up an impressive list of accomplishments: White House National Security Council. Office of the Director of National Intelligence. Chief of Staff to the Secretary of Defense.

With a resume like that, one might expect Patel to leave the White House and land a generous salary at a prestigious firm, finally accomplishing his high school dream of becoming "a first-generation immigrant lawyer at a white shoe firm making a ton of money."

Instead, the former federal prosecutor and senior White House official opted to become a MAGA influencer.

In the years between the last Trump administration and this one, Patel launched an exhausting volume of content, merchandise, and other ventures. There was, for example, his 2021 effort to launch a payment processing site, "Paytriots," which Patel reportedly pitched as a conservative answer to GoFundMe. Then there was a talk show, Kash's Corner, which Patel hosted in partnership with The Epoch Times, a right-wing media publication. There's a non-profit organization, The Kash Foundation, which is described as "dedicated to providing financial assistance to active duty service members and veterans, legal defense funds, and education programs." And there is, of course, a merchandise company, Based Apparel, which sells shirts that read "Make America Based Again" and "Government Gangsters Playing Cards." For $40, one can purchase the "Classic Fight with K$H" flag, the net proceeds of which are described as going to "The Kash Foundation fund which supports whistleblowers, education, defamation cases, etc."

Patel's post-White House influencing efforts often sought to reframe the narrative around the 2020 election and January 6th by pushing debunked or misleading claims. In one of his three children's books, for example, Patel peddled the conspiracy theory that the 2020 election was stolen. The book, titled "The Plot Against the King 2000 Mules," draws on Dinesh Disouza's discredited film, 2000 Mules.

In 2023, Patel produced and promoted "Justice for All," a musical recording that features several members of the "J6 Prison Choir" singing the Star-Spangled Banner from the Washington, D.C. jail. According to Patel, the J6 Prisoner Choir "consists of individuals who have been incarcerated as a result of their involvement in the January 6, 2021 protest for election integrity." In promoting the song, Patel described the choir members as "political prisoners," and he promised that the "net profits" would be used "to financially assist as many Jan. 6 families as we can, and all families of nonviolent offenders will be considered."

The identities of any individuals who received funds from the proceeds have not been publicly reported. Earlier this month, however, six members of the J6 Prisoner Choir were identified in Special Counsel Jack Smith's final report on Trump's 2020 election interference case. The special counsel's list of the choir members includes Julian Khater, Jorden Mink, Ronald Sandlin, Barton Shively, and James McGrew. Prior to being pardoned by Trump, all six of the men pleaded guilty to assaulting law enforcement officers on Jan. 6.

### The Classified Documents Case

In 2022, after media reports revealed that Trump had retained documents marked classified after he left office, the former president suggested that he had declassified the materials during his time in office.

In May of that year, as the Justice Department's criminal investigation heated up, Patel began laying the groundwork for a potential "declassification" defense. In an interview with the conservative outlet Breitbart, he said that news reports about Trump's retention of classified material were misleading. "The White House counsel failed to generate the paperwork to change the classification markings, but that doesn't mean the information wasn't declassified," Patel said. "I was there with President Trump when he said, 'We are declassifying this information.'"

Later, in an interview on Fox News, Patel told host Mark Levin that he had witnessed Trump declassify "whole sets of documents" shortly before he left office. Patel repeats this claim in his book, stating that Trump "declassified whole sets of documents, including every single document relating to Russia Gate and to the Hillary Clinton scandal."

Later, when the FBI submitted a warrant application to search for additional documents at Mar-a-Lago, the accompanying affidavit flagged Patel's public assertions regarding declassification. Patel, who has claimed that the FBI's search at Mar-a-Lago was carried out for the purpose of getting "those Russia Gate documents and other material back under lock and key," viewed the inclusion of his name in the warrant affidavit as an intentional "smear."

"The people who executed the Russia Gate scandal were taking their revenge on one of the main people who exposed their lies in an attempt to scare me and anyone else who would dare contradict them," Patel asserts in his book.

There appears to be no credible evidence to support Patel's claim that Trump declassified the documents found at Mar-a-Lago prior to his departure from the White House. Though Trump's lawyers advanced the *legal* argument that he had

absolute power to declassify information during his tenure in office, the claim that he did *in fact* do so remained conspicuously absent from his defense team's filings.

Meanwhile, two of Trump's top advisers during his time at the White House—former White House Chief of Staff Mark Meadows and former Vice President Mike Pence—have said that they were unaware of any widespread declassification of documents before Trump departed. Another witness in the case, identified as "Person 16" in redacted court documents, told the FBI that there "was no standing declassification order." Person 16 didn't believe that anyone in the White House would testify that there was such an order, with the exception of one person: "Person 24," who is described as someone who bragged a lot about "access" while working for a United States Congressman. Person 16 believed that Person 24 was "pushing" the "declassified everything" line of thinking, according to the court filings.



While it is true that Trump declassified portions of a binder containing material related to the Russia investigation in January 2021, the binder was reportedly not among the materials seized at Mar-a-Lago. As for Patel's claims that the FBI's search at Mar-a-Lago was engineered to recover "Russia Gate" documents, a U.S. official told CNN in 2023 that the FBI was not looking specifically for intelligence related to Russia when it obtained the search warrant for the former president's residence.

What's more, at least one of the documents charged in Trump's classified documents indictment would not be subject to automatic declassification by the president. In the indictment, Document 19 is described as "formerly restricted data" concerning United States nuclear capabilities. As Matt Tait has explained for *Lawfare*, "formerly restricted" data is classified by virtue of a statute, the Atomic Energy Act, meaning that Trump could not have directly declassified the document even while president.

Patel's involvement in the classified documents case did not end with his *Breitbart* interview about Trump's supposed mass declassification. In June 2022—one month after the Breitbart interview—Trump designated Patel and John Solomon, a

conservative journalist, as his representatives to the National Archives and Records Administration (NARA).

In a string of interviews on right-wing shows later that month, Patel again claimed that Trump had declassified swaths of "Russia Gate" documents in the waning days of his administration. But, according to Patel, the White House counsel's office had blocked the release of those documents and, instead, delivered them to NARA. Patel said that Trump asked him to use his status as his NARA representative to access and release documents to the public. "I can tell you now that I am now officially a representative for Donald Trump at the National Archives," he said. "And I'm going to march down there—I've never told anyone this, because it just happened—and I'm going to identify every single document that they blocked from being declassified at the National Archives and we are going to start putting that information out next week."

According to emails filed in a civil suit, Patel and Solomon pressed NARA's general counsel, Gary Stern, for access to the "binder of documents" related to the Russia investigation, parts of which had been declassified by Trump before he left office. Stern responded by telling Solomon and Patel that the agency did not receive the "binder" described by Solomon, though it did receive some copies of documents pertaining to the Russia investigation. The problem, Stern explained, was that there remained considerable "uncertainty" over the status of classified information in the documents.

Patel insisted that he should nonetheless be allowed to review the documents, citing his active security clearance. In response, Stern said that his "personnel security office" could not find an active clearance for Patel in their systems.

It remains unclear whether Patel's clearance was confirmed by NARA. (As previously noted, a "flag" was placed in Patel's security clearance file after the CIA referred him for criminal investigation related to his handling of classified information in 2020. The flag remains on Patel's file inside the FBI's clearance database, CNN reports.)

Solomon, for his part, later sued the National Archives and the Justice Department, claiming that they had unlawfully blocked access to the documents.

The timing of Patel's crusade against NARA was peculiar. Earlier that year, in January 2022, NARA officials discovered classified documents in 15 boxes of presidential records that had been returned by Trump after being "improperly" removed to Mar-a-Lago following Trump's departure from the White House. The agency subsequently referred the matter to the Justice Department for criminal investigation, and a federal grand jury investigation began in April 2022. As part of this latter investigation, the grand jury issued a subpoena on May 11, 2022, seeking the production of all documents with classification markings in Trump's possession. In a number of respects, how Trump and his staff responded to this subpoena during the summer of 2022 forms the gravamen of much of the criminal conduct alleged in the indictment, culminating in the search at Mar-a-Lago on Aug. 8, 2022. All of which coincided with Patel's sudden claims about mass declassification and his appointment as Trump's NARA representative.

It's no surprise, then, that the government summoned Patel to testify before a grand jury in the documents case later that year. According to a court filing, Patel was represented by Stanley Woodward, who at the time also represented Trump's future co-defendant, Walt Nauta. During Patel's first appearance, in October 2022, he declined to answer questions, citing his Fifth Amendment right against self-incrimination. Prosecutors eventually compelled Patel's testimony by offering him a grant of immunity.

time or catch-me-if-you-can, and a witness cannot indefinitely delay a proceeding based on his

counsel's convenience . . . .").

Patel appeared before the grand jury on October 13, 2022, where he repeatedly declined to

answer questions on the basis of the rights afforded to him by the Fifth Amendment. Thereafter,

the government moved to compel Patel's testimony. The Court granted the government's motion

- 31 -

to compel, contingent on the government offering statutory immunity. The government ultimately

did so, granting Patel statutory immunity pursuant to 18 U.S.C. § 6003 for his grand jury testimony.

The Court's order on the motion to compel specifically directed Patel to appear before the grand

jury on either October 27 or November 3, 2022—dates that had been cleared with all counsel

during a hearing on the motion to compel.

On October 24, 2022, NSD Trial Attorney Brett Reynolds contacted Woodward and

indicated that Patel's testimony had been set for October 27. In that same email communication,

Earlier this week, on Jan. 29, Democratic members of the Senate Judiciary Committee sent a letter to Acting Attorney General James McHenry, requesting access to review Special Counsel Jack Smith's final report on Trump's classified documents case.

"Mr. Patel's testimony under oath before the grand jury on this and other potential matters, and the Special Counsel's findings with regard to Mr. Patel's related activities and statements, remain unknown to the Committee and the public," the letter said. "The Committee cannot adequately fulfill its constitutional duty without reviewing details in the report of Mr. Patel's testimony under oath," it continued.

Judge Aileen Cannon previously blocked Attorney General Merrick Garland's plan to allow members of Congress to review the report regarding the classified documents case. At the time of this writing, the report remains under injunction by order of Judge Cannon.

### Retribution

Patel's history of threatening retribution against Trump's enemies, and his own, is a long one.

There is, for starters, the list that appears in Appendix B of *Government Gangsters*, entitled "Members of the Executive Branch Deep State." Many commentators have dubbed the list an "enemies list," a characterization Attorney General nominee Pam Bondi disputed in her hearing before the Judiciary Committee. Patel does not say in the book precisely what the list is or what should happen to the people on it, save that it's a non-exhaustive list of members of the "Deep State." According to Patel, the "Deep State" refers to "a cabal of unelected tyrants who think they should determine who the American people can and cannot elect as president, who think they get to decide what the president can and cannot do, and who believe they have the right to choose what the American people can and cannot know."

He also says the list does not include "other corrupt actors of the first order such as Congressmen Adam Schiff and Eric Swalwell, members of Fusion GPS or Perkins Coie, Christopher Steele, Paul Ryan, the entire fake news mafia press corps, etc."

It's safe to say that Patel does not wish well for the people who are on the list, which includes, among others, former Attorney General Bill Barr, former Secretary of State Hillary Clinton, former FBI Director James Comey, former Secretary of Defense Mark Esper, former Chairman of the Joint Chiefs of Staff Mark Milley, and former FBI Director Christopher Wray.

Elsewhere, he has been more explicit about investigating and prosecuting those who have run afoul of the president. During an appearance on Steve Bannon's "War Room," Patel said that he wanted to go after perceived enemies "not just in government but in the media."

"We're going to come after the people in the media who lied about American citizens who helped Joe Biden rig presidential elections," Patel said, referring to the 2020 election. "We're going to come after you, whether it's criminally or civilly…We're putting you all on notice."

Perhaps the oddest of Patel's promises of politicized law enforcement appears in one of Patel's children's books, The Plot Against the King 3: The Return of the King. In this fairy tale, the dragon is actually named "DOJ." In the story, the dragon is tricked into attacking "King Donald." But the king and his wizard named "Kash" violently subdue the dragon and then train him to go after Trump's enemies instead.

### Reforming the FBI

"Things are bad. There's no denying it."

So begins Patel's assessment of the current state of the federal investigatory agency he would lead, if confirmed by the Senate. In Patel's view, the FBI is "now the prime functionary of the Deep State." As he explains it: "The politicized leadership at the very top has turned it into a tool of surveillance and suppression of American citizens."

What, then, would Patel do to turn things around? He has some ideas, which he recounts at length in Appendix A of his book, titled "Top Reforms to Defeat the Deep State." Among the reforms suggested by Patel:

**Move the FBI headquarters out of Washington.** "Whether through Congress or the President, the FBI headquarters should be removed from Washington, D.C., to prevent institutional capture and curb FBI leadership from engaging in political gamesmanship," he writes. Patel repeated a more extreme version of this proposal as recently as September, during an interview on The Shawn Ryan Show. "I'd shut down the FBI Hoover Building on day one and reopen it the next day as a museum of the 'deep state,'" he said. "Then, I'd take the 7,000 employees that work in that building and send them across America to chase down criminals. Go be cops. You're cops — go be cops."

**Cut the Office of the General Counsel.** Patel writes that the scope of the FBI's authority must be "dramatically limited and refocused." To accomplish this goal, he continues, one "practical reform" that can be implemented would be to cut or reduce the size of the FBI's Office of General Counsel. "Instead of operating as a purely investigatory body, the General Counsel office within the FBI has taken on prosecutorial decision-making," Patel argues in *Government Gangsters*. "In effect, they are centralizing power to both investigate and prosecute crimes, even though it is the job of Department of Justice alone to prosecute crimes. The General Counsel office should be significantly reduced in size." As one example of the supposed overreach of the FBI's Office of the General Counsel, Patel cites the fact that the FBI General Counsel certified the FISA warrants that were used, as he puts it, "to spy on the Trump campaign" during the 2016 Russia investigation.

**Fire the top ranks of the FBI.** "The next President must fire the top ranks of the FBI," Patel writes. "Then, all those who manipulated evidence, hid exculpatory information, or in any way abused their authority for political ends must be prosecuted to the fullest extent of the law. The only way to stop the corruption is to make it abundantly clear that corruption has consequences," he explains.

**Increase congressional oversight.** Patel has further suggested that Congress has a key role to play in ensuring that government officials are held accountable for their actions. Patel has endorsed tactics like "fencing," which involves Congress withholding a portion of funds to induce "corrupt officials" to comply with document demands and requests for testimony before Congress. "You ground Chris Wray's private jet that he pays for with taxpayer dollars to hop around the country. You take away the fancy new fleet of cars from DOJ that they're going to use to shuffle around executives," he explained on an episode of "Kash's Corner" in 2023. It remains to be seen whether Patel would endorse the same practice if the shoe were on the other foot. How would a Director Patel react if Congressional Democrats grounded *his* taxpayer funded jet?

**Ban jurisdiction shopping.** Patel proposes that both the FBI and the Justice Department should be "banned from jurisdiction shopping" and that "policies should be implemented to ensure truly blind jurisdiction choices." This reform appears to be informed by his belief that "jurisdiction shopping allowed corrupt FBI agents to leverage a highly biased federal judge in order to secure the search warrant to raid Mar-a-Lago." (In reality, there's no evidence of such "jurisdiction shopping" in relation to the Mar-a-Lago search. The FBI sought the warrant in the jurisdiction in which the property was searched and in which charges were eventually brought. As in all cases, the magistrate judge who signed the warrant, Bruce Reinhart, would have been assigned at random.)

As a part of his proposal to curb "jurisdiction shopping" by the FBI and the Justice Department, Patel has also suggested that the Attorney General should reduce the number of trials prosecuted in Washington, D.C. "In 2020, Washington, DC, voted 92 percent for Joe Biden and less than 6 percent for Donald Trump," he explains. For that reason, Patel continues, federal prosecutors must "cease prosecuting trials in a place with such a biased jury pool unless it is absolutely necessary."

### FISA Reforms

In *Government Gangsters*, Patel saves his most ardent proposals for the Foreign Intelligence Surveillance Act (FISA), a matter senators will want to consider given the FBI's primary responsibility for implementing FISA and the fact that Section 702 of the law will come up for renewal—yet again—in the first two years of his term of service. In Patel's view, the current structure of FISA is a "recipe for abuse"—though he admits that, as a former terrorism prosecutor, FISA can be useful. So while Patel doesn't want to get rid of the Foreign Intelligence Surveillance Court (FISC) altogether, he contends that there is a great need for "decisive reforms." The reforms proposed by Patel include the following:

**Install properly trained, long-term judges to the FISA Court.** Under current law, the FISC is composed of 11 federal district judges who are designated by the Chief Justice of the United States Supreme Court to fulfill this part-time judicial assignment. Though many FISA judges serve on the court for several years, a judge typically sits "on duty" for one week at a time, on a rotating basis. In *Government Gangsters*, Patel takes issue with this structure, griping that "every month a new judge walks in who has no background on the cases before them and sometimes little to no knowledge of national security or counterterrorism law." As a result,

Patel claims, the vast majority of warrants are approved with a "literal rubber stamp." (In support of this claim, Patel cites an article from a right-wing website, The Daily Caller. The article does not say how the FISA warrant approval rates compare to non-FISA warrants, which are also approved almost always.) All of which leads Patel to the conclusion that the FISC needs "properly trained, long-term judges." He doesn't elaborate on how such judges ought to be selected or trained.

**Implement a Public Defender-like Role at the FISC.** "The FISA court should have standing public defenders who act as advocates for the accused, picking apart the prosecution's case, demanding to see the source evidence, and confronting the prosecutor for any *Brady* violations," Patel writes. According to Patel, the presence of a public defender-like role at the FISC could have prevented many, if not all, of the "unlawful search warrants" used to "spy" on Trump campaign during the Russia investigation, because "somebody would have been there to poke holes in the Steele Dossier" and to "call the FBI out on their bull."

**Install a court reporter at the FISC.** Patel points out that there is no standing court reporter to transcribe proceedings that occur before the FISA court. "This must change overnight. Every single hearing must be transcribed to the written record during the proceedings," Patel stresses. "How else are we supposed to correct the wrongs of the past if we don't know what happened?"

Patel doesn't mention Rule 17 of the FISC Rules of Procedure, which states as follows: "A Judge may take testimony under oath and receive other evidence. The testimony may be recorded electronically or as the Judge may otherwise direct, consistent with the security measures referenced in Rule 3."

**Establish a team of non-partisan national security lawyers to check warrants.** Patel suggests that FISA warrants need to be "randomly checked by a team of seasoned, experienced, nonpartisan national security lawyers who report directly to the White House or the attorney general." The lawyers would serve for short terms, according to Patel, in order to "prevent institutional capture." While Patel provides few details about what the review process would involve or who would have the final say, he lists a number of questions that the lawyers would be tasked with asking in the course of their review: "Why was this warrant allowed and not this one? What is the source evidence for this claim? Did you hide any exculpatory evidence? What is the verification for the source, as well as his or her bias and political leanings?"

### The Poodle Room

While little is known about Patel's personal life, the New York Times reports that he lives in Las Vegas, where he was recently accepted as a member of a private rooftop club called The Poodle Room. Membership in The Poodle Room, located on the eighty-ninth floor of the Fontainebleau resort, costs an estimated $20,000 per year. Put differently, that's approximately 500 "Fight with K$H" Americana flags.



**Anna Bower**

X @annabower

🦋 annabower.bsky.social

**Read More**

Anna Bower is a senior editor at *Lawfare*. Anna holds a Bachelor of Laws from the University of Cambridge and a Juris Doctorate from Harvard Law School. She joined *Lawfare* as a recipient of Harvard's Sumner M. Redstone Fellowship in Public Service. Prior to law school, Anna worked as a judicial assistant for a Superior Court judge in the Northeastern Judicial Circuit of Georgia. She also previously worked as a Fulbright Fellow at Anadolu University in Eskişehir, Turkey. A native of Georgia, Anna is based in Atlanta and Washington, D.C.



**Benjamin Wittes**

🦋 benjaminwittes.lawfaremedia.org

**Read More**

Benjamin Wittes is editor in chief of *Lawfare* and a Senior Fellow in Governance Studies at the Brookings Institution. He is the author of several books.

}

# EXHIBIT 10

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/politics/policy/kash-patel-fbi-director-start-actions-c3d5d57f

**POLITICS** | **POLICY**

# Inside Kash Patel's Whirlwind Start at the FBI

New FBI director ordered officials to undertake a $100 million restructuring with no clear way to pay for it—and took on a second job

By *Sadie Gurman* [Follow] *and Aruna Viswanatha* [Follow]

*Feb. 27, 2025 1:20 pm ET*



Kash Patel PHOTO: WILL OLIVER/BLOOMBERG NEWS

WASHINGTON—FBI officials from regional field offices gathered on a video call this week to hear from their new director, Kash Patel, who rattled off so many changes that employees couldn't tell if he was serious about all of them.

He was planning to reorganize the Federal Bureau of Investigation with a regional command structure, raise fitness requirements for special agents and arrange a partnership between

the FBI and the UFC cage-fighting league run by a close friend of President Trump's, people familiar with the meeting said.

He said he didn't like meetings, that the weekly videoconference might turn into a monthly one, and at one point stepped out to take another phone call, the people said.

Patel, a prosecutor-turned-political operative, has promised radical change at the agency, including plans to shift part of the focus from national-security work and foreign threats toward fighting violent crime across the U.S. and other Trump priorities.

His first week at the bureau has laid bare the extent to which his tenure could upend the tradition-bound agency and transform its culture, according to interviews with a dozen current and former FBI officials.

Soon after arriving, Patel cleared out all civil-service staff in the leadership suites and replaced them with political associates; ordered 1,500 employees relocated out of Washington without money in place to pay for the move; and broke a promise he made to agents to appoint a deputy from their ranks.

He also got a second job running another law-enforcement agency, an unusual arrangement given that being FBI director is seen as one of the toughest jobs in government.

Patel's partisan background as a surrogate for Trump during the 2024 election campaign and open criticism of the agency set him apart from previous FBI directors. Patel and the president share the view that the FBI must be purged of what they perceive as bias against Trump and other conservatives. His ascendance to the job

after officials from Trump's first administration found him unqualified and untrustworthy is a remarkable one.

"Man, this is effing crazy," Patel, whose family hails from India, said last week at a White House ceremony where he was sworn in for his 10-year term.

He took the oath on the Hindu holy book, the Bhagavad Gita, held by Attorney General Pam Bondi, as relatives and fellow Trump officials looked on. After his confirmation, supporters of Patel shared a Bollywood dance video with Patel's face superimposed into it celebrating victory over opponents.

A spokeswoman for Patel, Erica Knight, said Patel was "focused on strengthening the FBI, prioritizing national security, and putting agents where they're needed most—real leadership means making tough changes, not protecting the status quo."

Knight declined to answer specific questions, but added: "Internal inaccurate leaks only hurt the mission of the force."

On Friday, his first day on the job, Patel ordered officials to relocate 1,500 employees from Washington to cities with high crime rates including Minneapolis, Detroit and Cleveland. Another FBI official piped in with a harsh reality, according to people familiar with the exchange: The restructuring could cost $100 million, with each move estimated at up to $100,000, and the bureau didn't have the funds to cover it. Government agencies generally aren't allowed to spend money in ways not authorized by Congress, and often don't have money for basic employee perks such as office coffee. Patel was unmoved. Figure out how to do it anyway, and fast, he told them.

Current and former agents have said they support sending more personnel to field offices, but some said they were put off by what they saw as Patel's insensitivity to the personal challenges and costs agents would face if forced to leave quickly.

Patel had been relying on a small committee of outside advisers, some of them former senior FBI officials, but at least two have left, concerned about the direction of some of the early moves, people familiar with the group said.

On Sunday, Trump named conservative commentator and fellow FBI critic Dan Bongino—who earlier this month urged Trump to ignore a judicial order he didn't like—as Patel's deputy. Patel had told an FBI agents group that he would stick with tradition and pick a career agent for the No. 2 role. In an email to staff, Patel said he was "confident Dan will bring his vigor and enthusiasm to the Deputy Director role, driving the operations of this organization in the right direction."



FBI headquarters in Washington PHOTO: GENT SHKULLAKU/ZUMA PRESS

Several other senior FBI officials put in for their retirement upon hearing of the pick.

The next day Patel was sworn in as acting director of a different law enforcement agency with more than 5,000 employees—the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives. Justice Department officials haven't publicly explained how he plans to oversee both agencies simultaneously, something no previous FBI director appears to have done. Both are components of the Justice Department.

Patel also appears to be bringing many stylistic changes to the job.

He told officials he planned to spend a lot of time in Las Vegas, where he was living last year. He ordered new decor for his Washington office and asked for his personal trainer to be cleared to enter the building for his workouts.

Past directors rarely attended Washington social events—to avoid being alone with a lawmaker or chief executive who might make an uncomfortable request—and cultivated an office dress code of suits and ties. Patel has been spotted around Washington, including a party at the British ambassador's residence on Wednesday. He also showed up to the regional meeting without a jacket.

"I'm not planning on wearing a suit, and I don't expect you to wear one," Patel said.

Write to Sadie Gurman at sadie.gurman@wsj.com and Aruna Viswanatha at aruna.viswanatha@wsj.com

*Appeared in the February 28, 2025, print edition as 'Patel Has Whirlwind Start as FBI Director'.*

**Further Reading**



# EXHIBIT 11

ADVERTISEMENT

ADVERTISEMENT

🇺🇸 US Edition | Privacy Policy | Feedback    f Follow 6.4M    Thursday, Sep 4th 2025 4PM 76°F ☀ 7PM 69°F ☀ 5-Day Forecast

# Daily Mail

MMA

Home | Showbiz | News | Femail | **Sports** | Health | Science | Royals | Money | TV | Real Estate | Media | U.K. | Video | Buyline | m+ | Login

NFL | NBA | Soccer | Premier League | MLS | MLB | NHL | Boxing | *MMA* | Golf | Tennis | F1 | WWE | More

ADVERTISEMENT

SMALL DOSE
Earlybird WATERMELON GUMMIES · Earlybird STRAWBERRY GUMMIES · Earlybird LEMON GUMMIES
CBD + THC
SHOP NOW
FREE SHIPPING!


$1,990

$1,975

$1,090

T EARTH

## UFC fans go wild as Donald Trump's FBI boss Kash Patel and Mel Gibson fist bump in Las Vegas

Enter your search    [Search]

- **READ MORE:** Inside FBI director Kash Patel's 'wacky' plan to hire UFC fighters
- **PODCAST:** For the news and gossip from White House insiders - Listen to Welcome to MAGAland here.

By OLIVER SALT, US ASSISTANT SPORTS EDITOR
PUBLISHED: 14:00 EDT, 9 March 2025 | UPDATED: 14:03 EDT, 9 March 2025

           **179** shares    💬**92** View comments

Donald Trump's FBI director Kash Patel enjoyed an unlikely linkup with **Mel Gibson** at **UFC** 313 in **Las Vegas** on Saturday night.

Patel, who was appointed head of the United States' federal law agency following Trump's reelection as president, was in attendance at T-Mobile Arena for the light-heavyweight bout between Alex Pereira and Magomed Ankalaev.

After recently opening up on his **wacky plans to have UFC fighters train up FBI agents**, the 45-year-old was spotted alongside **Dana White** at one stage of the evening, with the pair even posing for a photo together in front of the octagon.



[Read More]

However, social media was sent into a frenzy when Patel was seen fist-bumping Gibson while sat next to each other in the crowd.

ESPN cameras captured the incredible moment between the FBI boss and the legendary actor, which left fans in awe online.

ADVERTISEMENT

Feel good
Earlybird · Earlybird · Earlybird
SHOP NOW
FREE SHIPPING!

### STARS OF SPORT



▸ Patrick Mahomes puts reporter in his place after question about Taylor Swift and Travis Kelce's romance

▸ Stunning ESPN reporter goes viral after being caught dancing on the sideline seconds before going live on TV

m+ OLIVER HOLT: Newcastle will never be a top tier club as long as football's elite stay away - so is it a bone-saw thing?

However, social media was sent into a frenzy when Patel was seen fist-bumping Gibson while sat next to each other in the crowd.

ESPN cameras captured the incredible moment between the FBI boss and the legendary actor, which left fans in awe online.

One user responded to an image of Patel's fist-bump with Gibson and wrote on X: 'BADA**!'



Donald Trump's FBI director Kash Patel enjoyed an unlikely linkup with Mel Gibson at UFC 313



Share
92 View comments
Top
Home

900   Reply   Copy link

**Read 35 replies**

Kash Patel ✔
@Kash_Patel · Follow

Only thing better than coming home to Vegas... is fight night #UFC 313 @ufc @danawhite @AliAbdelaziz00 @RichardGrenell

3:18 AM · Mar 9, 2025

16.8K   Reply   Copy link

**Read 1.4K replies**

'This is the America I want to be in,' said another.

A third commented: 'Power team.'

While one joked: 'This fist bump is some next level power rangers stuff.'

Patel discussed his unorthodox idea to bring in trainers from the UFC to beef up agents' martial arts and self-defense skills during his first video conference call with the bureau's 55 field office supervisors last month.

Two people briefed on the matter said current FBI agents described the idea as 'surreal' and 'wacky.' The FBI declined to comment.

President Trump is a fan of MMA and notably attended a UFC event in New York days after his November election victory, sitting with Dana White, who he counts as a close friend.

A UFC official said the UFC is 'not aware of any information regarding UFC and FBI training.'

But White gave Patel's plan the green light after Saturday's card in Las Vegas, saying: 'After he said that, my phone blew up.

'You know, everybody wants to be the trainers of the FBI now I've got everybody hitting me up. But he's dead serious about that.'

**Read More**

**Fury as Dana White embraces Andrew Tate and his brother after Trump 'helped them flee Romania'** >

MORE STARS OF SPORT

Tennis icon Bjorn Borg, 69, 'reveals secret cancer diagnosis' in autobiography

Revealed: Why Daniel Levy left Spurs after nearly 25 years at the club and what happens next after surprise announcement that stunned football

Former Barcelona and Paris Saint-Germain superstar Neymar 'left billionaire's entire fortune in will' - by Brazilian man he never met

INSIDE CRICKET: Bold investment in talent and youth has been a hallmark of Bazball - it makes England's reluctance to test the water with Rehan Ahmed all the mo...

ADVERTISEMENT

Earlybird
SMALL DOSE BIG CHILL
CBD + THC
SHOP NOW
FREE SHIPPING!







f **Share**   X   Messenger   Snapchat   ✉ Email      💬 **92** View comments      **Top** ∧   **Home** ⌂

hitting me up. But he's dead serious about that.



© AP   📷 +3 View gallery

**Patel has wacky plans to bring in UFC fighters to train up America's team of FBI agents**



CBD + THC

**SHOP NOW**

**FREE SHIPPING!**



▶ Daniel Levy LEAVES role as Tottenham chairman after nearly 25 years in charge of north London club



Ⓜ️▶ Inside the final days of Daniel Levy's Tottenham reign: The crucial summit that sparked his fall, how Joe Lewis' allies took control and the club's brand new po...



▶ US Open fans forced to pay absurd amount to watch Carlos Alcaraz play Novak Djokovic



© Zuffa LLC   📷 +3 View gallery

**UFC president Dana White said the FBI boss is 'dead serious' about making it happen**

'I talked about it tonight, he's dead serious. So, we'll see how that starts to come together.'

Patel has rattled the bureau since he was sworn in last month. One of his first acts was to call for some 1,500 FBI employees to be transferred from Washington to field offices around the country and an FBI office in Huntsville, Alabama.

He telegraphed his plans to shake up the FBI's operations in his book 'Government Gangsters,' in which he called for moving headquarters out of Washington, D.C., and curbing the historical practice of requiring FBI agents who wish to serve in supervisory roles from doing 18-month stints at headquarters to gain experience.

During the nationwide call with field offices, Patel reiterated his commitment to scaling back staffing at headquarters and re-distributing people into the field, two people familiar with the call said.

[Mel Gibson]   [FBI]   [Las Vegas]   [Dana White]

**Share or comment on this article: UFC fans go wild as Donald Trump's FBI boss Kash Patel and Mel Gibson fist bump in Las Vegas**

  

Ⓜ️▶ Inside football's biggest transfers - with the hidden men who make them happen: Beer and pizza with Jurgen Klopp, a gasping goldfish, the mad requests from star...

▶ Legendary NFL quarterback Brett Favre reveals terrifying struggles with Parkinson's as his body deteriorates

ADVERTISEMENT



|◀ ▶ ▶|   0:00   —⚪— ⇅ ⛶



▶ Angel Reese makes groveling apology to her teammates after she threatened to quit



▶ The brutal reality Tom Brady has been forced to come to terms with before second season of NFL commentary career



Ⓜ️▶ Inside Crystal Palace's £35million Marc Guehi gamble: How defender's dream Deadline Day move to Liverpool fell through - and the truth about manager Oliver Glas...



Earlybird

SMALL DOSE BIG CHILL

Earlybird STRAWBERRY GUMMIES

CBD + THC

**SHOP NOW**

**FREE SHIPPING!**

# EXHIBIT 12



Miami | News   Weather   Sports   Videos   CBS Miami Shows                        85°

LOCAL NEWS

## Trump sits cageside with several cabinet members at Miami UFC event in latest appearance at sports event

  Updated on: April 13, 2025 / 12:44 PM EDT / AP



President Donald Trump said the standing ovation and cheers he drew when he took his seat at a UFC event in his home state of Florida were signs "we're doing a good job."

Trump shook hands with some supporters as he walked to his cageside seat Saturday night at Miami's Kaseya Center while others waved his trademark red campaign cap. The Republican president, who stayed for several hours before flying back to his home in Palm Beach, said it was a "great honor" to receive that recognition from the crowd.



President Donald Trump, from left, Elon Musk, his son X Æ A-Xii, and from background left, Secretary of State Marco Rubio and Director of National Intelligence Tulsi Gabbard attend a mixed martial arts fight at UFC 314, Saturday, April 12, 2025, in Miami.
LYNNE SLADKY / AP

"It says we're doing a good job. If we weren't doing a good job, we'd get the opposite," he told reporters accompanying him aboard Air Force One.

In the nearly three months since he has been back in office, Trump has launched a broad effort led by billionaire Elon Musk to shrink government by firing thousands of workers and cutting spending, tried unsuccessfully thus far to end Russia's war against Ukraine and impose tariffs against many countries, including close allies of the United States.

Democrats, and even some Trump supporters, have criticized his early actions.

But at UFC, it was a night focused on the fighters in the cage.

"Every one of them came up at the end, and they were great," Trump said. "I mean, they're all warriors, modern-day warriors."

At one point, fighter Dominick Reyes walked over to the side of the Octagon after winning his bout and acknowledged Trump. Reyes went to take a photo with the president after the post-fight interview.

Trump's granddaughter, Kai Trump, who attended UFC 314 with him, said it was "awesome."

Watch CBS News

The president watched as Australian Alexander Volkanovski won his 10th championship fight in a row, defeating Diego Lopes of Brazil early Sunday morning by unanimous decision in the featherweight contest.

Trump is a longtime UFC fan and sports enthusiast who has frequently attended major fights and has had a longtime friendship with Dana White, the UFC president and CEO.

It was Trump's first UFC visit since returning to the White House in January and came weeks after he attended the Saudi-sponsored LIV golf tournament at his golf club in Miami.

Trump attended the Super Bowl and Daytona 500, both in February. He was cageside at a UFC

close affiliation with UFC had helped boost his campaign among young male voters.

As Trump entered the Miami arena accompanied by White, the president shared an embrace with podcast host Joe Rogan. Musk and Rogan sat by Trump's side.



President Donald Trump, right, attends a mixed martial arts fight at UFC 314, Saturday, April 12, 2025, in Miami.
LYNNE SLADKY / AP

Also at the event were several members of his administration, including Health and Human Services Secretary Robert F. Kennedy Jr., FBI Director Kash Patel, Director of National Intelligence Tulsi Gabbard and Secretary of State Marco Rubio.

**More from CBS News**

Former Florida House speaker Renner joins race to succeed DeSantis

Florida plans to end all childhood vaccine mandates, first state to do so

First hearing for attorneys fighting for detainees' legal rights at "Alligator Alcatraz"

Venezuelan South Florida community divided over U.S. strike on "drug-carrying" boat

In:    **Kash Patel**    **Joe Rogan**    **Sports**    **Elon Musk**    **Marco Rubio**    **Donald Trump**    **Politics**    **Miami**
**Robert F. Kennedy Jr.**    **UFC**

© 2025 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

What the "missing minute" in the Jeffrey...                    **Discover**

**Finally, an affordable energy-efficient siding that lasts a lifetime**

DON'T OVERPAY FOR SIDING    Learn More

**My Men's Handbag Boutique is Closing - Clearance Sale is Live**
 JAMES ANDREWS

**Don't pay for new gutters. Get this 3-in-1 system instead.**

# EXHIBIT 13

RFK Jr. testifies before Senate panel as he faces mounting pressure over vaccine policy changes and CDC turmoil. Watch live.

# Trump trades the Oval Office for The Octagon with UFC appearance

By Betsy Klein, CNN

🕐 4 min read · Updated 10:40 PM EDT, Sat April 12, 2025



President Donald Trump waves to the crowd as he attends UFC 314 at the Kaseya Center in Miami, Florida, on Saturday. Mandel Ngan/AFP/Getty Images

**Miami (CNN)** — President Donald Trump traded the Oval Office for The Octagon on Saturday night.

The president arrived to raucous applause at the Kaseya Center in Miami, participating in the "walkout" traditionally reserved for athletes as he became the first sitting president to attend a UFC event.

Trump, who walked out ahead of the featherweight title bout between Australian Alexander Volkanovski and Diego Lopes of Brazil, was joined by close ally Elon Musk, along with top administration officials, including Secretary of State Marco Rubio, Health and Human Services Secretary Robert F. Kennedy Jr., Director of National Intelligence Tulsi Gabbard and FBI Director Kash Patel. Trump was spotted embracing UFC CEO Dana White, as well as podcast host Joe Rogan and basketball legend Shaquille O'Neal, on the arena floor.

His attendance at the late-night fight underscores his reemergence in the American pop cultural mainstream as he deploys the trappings of office to attend some of the nation's premier sporting events. It also highlights his long and loyal ties to the UFC organization and its CEO, Dana White, and the alignment between the mixed martial arts brand and the young men who propelled Trump back to the White House.

With the exception of nearly weekly trips to his Mar-a-Lago property in South Florida, the president's domestic travel has been rare during his second term. But since taking office, he has flown aboard Air Force One to attend the Super Bowl in New Orleans, the Daytona 500 in Daytona Beach, and the NCAA men's wrestling championships in Philadelphia.



**LIVE UPDATES**
The latest on Trump's tariffs and US talks with Iran

His warm reception at those events has emphasized his transformation from a pariah and punchline of American popular culture back to the status he enjoyed during his "Apprentice" days.

"President Trump and the UFC are cultural icons. He is a fan of the sport and the elite competitive spirit of all the athletes who step into the Octagon," White House communications director Steven Cheung told CNN.

Cheung added, "He'll be sitting cage side, like he always does, and the crowd will erupt in applause as he makes his signature walkout."

Trump, who has long styled himself a "fighter," successfully tapped into the male-oriented podcast sphere during his 2024 campaign, boosting his turnout among low-propensity voters as he and top surrogates leaned into interviews with Rogan, Barstool Sports' "Bussin' With The Boys," and Andrew Schulz's "Flagrant," among others – offering listeners long-form, unfiltered and un-fact-checked conversations.

Many male-oriented podcasters discuss physical fitness, promote traditional traits of masculinity and often share a deep appreciation for mixed martial arts, specifically UFC.

This woman dated only far-right men for a year: 'They were so insecure'

0:52

Founded in 1993, UFC has emerged as a mainstream, major sporting organization in recent years — in parallel, in some ways, to Trump's political ascendance. In 2019, the sport announced a deal with the Walt Disney Company to broadcast its "Fight Night" events on ESPN+, and UFC broadcasts now reach an estimated 975 million households across 170 countries, according to a recent press release.

Trump has supported the brand for decades, most recently attending a UFC event shortly after his November election victory at New York City's Madison Square Garden, where he was cheered upon his arrival to a ringside seat, feted with a special video celebrating his win, and flanked by White, Kid Rock, House Speaker Mike Johnson, Tucker Carlson and Donald Trump Jr.

Like with many of the president's closest allies, Trump's longtime friendship with the UFC CEO is one forged in loyalty.

In White's early days with the organization, he was struggling to secure venues for his fights. Trump agreed to host the event at the Trump Taj Mahal in Atlantic City in 2001.



**ANALYSIS**
Trump's retribution sends a chilling message to dissenters

"Nobody wanted to give him a ring because they said it's a rough sport, a little rough. And I helped him out a little bit and I went and they said, 'This is the roughest sport I've ever seen.' But I began to like it and he loved it, and nobody's done a better job in sports," Trump said during his 2024 victory speech in West Palm Beach as White joined the new president-elect's nearest and dearest onstage.

White emerged as a key surrogate for Trump in 2024 as his campaign sought to bolster its appeal to young men. UFC has a plugged-in fan base on and offline — boasting tens of millions of followers on social media. One of its biggest stars, Conor McGregor, has 46.7 million Instagram followers.

So when the time came for the then-former president to select someone to introduce him at the Republican National Convention in July 2024, Trump, who was introduced by daughter Ivanka in 2020 and wife Melania in 2016, went with White.

"I'm in the tough guy business, and this man is the toughest, most resilient human being that I've ever met in my life," White said in his remarks, calling Trump a "real American bada**."

*This story has been updated with additional information.*

*CNN's Donie O'Sullivan contributed to this report.*

## Up next

Where is Donald Trump today? On the golf course
3 minute read



Tracking Trump's retaliation
16 minute read



The thing Trump's generals feared about him could now be arriving
5 minute read



Trump aims high in bid to impose ultimate power
6 minute read



## Most read

**1** With no end in sight, National Guard troops deployed to DC grow weary

**2** Judge says Trump administration unlawfully blocked $2 billion from Harvard

**3** The suspect in the fatal 'ding dong ditch' shooting of an 11-year-old boy is a US Army vet. Here's what we know

### ❙ MORE FROM CNN


With no end in sight, National Guard troops deployed to DC ...


Judge says Trump administration unlawfully blocked

# EXHIBIT 14



NHL

## Was that Kash Patel with Wayne Gretzky at Alex Ovechkin's record-tying performance?



**Charles Curtis**
For The Win

April 4, 2025, 10:03 p.m. ET

It was quite the night for Alex Ovechkin in Washington as the GR8 one tied the Great One with his 894th career goal with Wayne Gretzky in attendance.

But a lot of hockey fans were asking the same question about the person sitting with Gretzky and NHL commissioner Gary Bettman: was that ... Kash Patel sitting with them? As in the new director of the FBI under Donald Trump?

The answer is: yes. We're not sure if Gretzky and Patel are friends or if it was just somebody in the world of politics going to what turned out to be a historic game in Washington D.C. We do know that Gretzky has supported Trump and has gotten a lot of backlash from Canadians.

But, yeah. That was him.

# EXHIBIT 15



## Recommended Videos



**WASHINGTON CAPITALS**

# FBI Director Kash Patel celebrates Alex Ovechkin's historic night alongside Wayne Gretzky: 'Huge props'

Ovechkin could break the record Sunday against the Islanders

By Paulina Dedaj · Fox News

Published April 5, 2025 2:42pm EDT





More From Fox News

Recommended Videos

 Colin's Final NFL Predictions: Bengals,...

 Urban Meyer on Arch Manning, Alabama,...

 'Alarms sounding' for Cowboys, Are they falling...

 Is Ben Johnson the perfect Head Coach for Caleb...

 Algerian boxer Imane Khelif appeals World...

 Eagles legend Brian Westbrook explains...



Travis Kelce is engaged with Taylor Swift, Is this the last dan...

Could the mosquito-borne virus in China spread to the US?

Colbert says 'f--- you' to Trump after president calls Chicago...

**Fox News Flash top sports headlines for April 5**

Fox News Flash top sports headlines are here. Check out what's clicking on Foxnews.com.

[FBI Director Kash Patel](#) sat alongside the great Wayne Gretzky at Capital One Arena on Friday night where the pair, joined by NHL commissioner Gary Bettman, witnessed a historic night in hockey history.

[Washington Capitals star Alex Ovechkin](#) scored the 894th goal of his career in a 5-3 win over the Chicago Blackhawks to tie Gretzky's record. The goal came in the first few minutes of the third period on a Capitals' power play.



FBI director Kash Patel, left, talking with former NHL player Wayne Gretzky, center, and NHL Commissioner Gary Bettman, right, during the first period of an NHL hockey game between the Washington Capitals and Chicago Blackhawks, Friday, April 4, 2025, in Washington.  (AP Photo/Mark Schiefelbein)

Teammates poured onto the ice to surround Ovechkin.



NEW CUSTOMERS

BET $5 GET $300

IN BONUS BETS IF YOU WIN

FANDUEL
OFFICIAL PARTNER OF THE NFL

JOIN NOW

Gambling Problem? Call 1-800-GAMBLER or visit RG-help.com. Call 1-888-789-7777 or visit ccpg.org/chat (CT). Hope is here. Gamblinghelpline MA.org or call (800) 327-5050 for 24/7 support (MA). Visit www.mdgamblinghelp.org (MD). Call 1-877-8HOPENY or text HOPENY (467369) (NY).

**[CLICK HERE FOR MORE SPORTS COVERAGE ON FOXNEWS.COM](#)**

Daily Weather Update from FOX Weather: Wildfire explodes in California as tropics heat up in...



Category 4 Hurricane Kiko heads toward Hawaii but expected to weaken in days ahead

Wednesday's thunderstorm outlook | Latest Weather Clips

Nearly half of all North Rim structures deemed damaged or destroyed in Grand Canyon fire

Kansas pelted by large hail during Wednesday's severe weather threat

Bryan Norcross: Computer forecasts show the Atlantic disturbance developing this week

**Promoted**

Recommended Videos


Colin's Final NFL Predictions: Bengals,...


Urban Meyer on Arch Manning, Alabama,...


'Alarms sounding' for Cowboys, Are they falling...


Is Ben Johnson the perfect Head Coach for Caleb...


Algerian boxer Imane Khelif appeals World...


Eagles legend Brian Westbrook explains...

In the stands, Patel and Gretzky celebrated.

"Congrats to The Great One Wayne Gretzky and huge props to #8 @ovi8," Patel said in a post on X. He shared a photo inside the locker room shaking Ovechkin's hand. "The greatest game on earth, honored to be with them on this record tying night… 894 goals #Legends @NHL."



Ovechkin is one goal away from passing Gretzky – an opportunity he had Friday night, but refused to take.

**ALEX OVECHKIN TIES WAYNE GRETZKY'S ALL-TIME NHL GOAL RECORD**



forecasts show the Atlantic disturbance developing this week

Promoted



The 15 weirdest things you can buy on Amazon



FOX NEWS FIRST
MORNING HEADLINES

**Fox News First**

Get all the stories you need-to-know from the most powerful name in news delivered first thing every morning to your inbox.

Arrives  Weekdays

By entering your email and clicking the Subscribe button, you agree to the Fox News Privacy Policy and Terms of Use, and agree to receive content and promotional communications from Fox News. You understand that you can opt-out at any time.

Subscribe

Recommended Videos


Colin's Final NFL Predictions: Bengals,...


Urban Meyer on Arch Manning, Alabama,...


'Alarms sounding' for Cowboys, Are they falling...


Is Ben Johnson the perfect Head Coach for Caleb...


Algerian boxer Imane Khelif appeals World...


Eagles legend Brian Westbrook explains...

FBI director is Kash Patel, left, tallking with former NHL player Wayne Gretzky, right, during the first period of an NHL hockey game between the Washington Capitals and Chicago Blackhawks, Friday, April 4, 2025, in Washington.  (AP Photo/Mark Schiefelbein)

"He wants to break the record with a goaltender in the crease, which I appreciate," head coach Spencer Carbery said. "He told me that on the bench, and I just wanted to confirm that he didn't want to go out. And it's hard for us as coaches, because I just wanted to make sure in that moment: hat trick, at home. And he didn't want to go out and score on an empty net to break the record."

He added, "We have six games left, and he wants to break the record and have that moment where he's shooting the puck past a goalie."


NEW CUSTOMERS!
BET $5 GET $300
IN BONUS BETS IF YOU WIN
FANDUEL
NFL
JOIN NOW

**CLICK HERE TO GET THE FOX NEWS APP**



Washington Capitals left wing Alex Ovechkin (8) celebrates after scoring a goal against the Chicago Blackhawks in the third period at Capital One Arena. The goal is the 894th of his career, tying Wayne Gretzky for all-time most goals scored in the NHL..  (Geoff Burke-Imagn Images)

Ovechkin's next opportunity will come Sunday against the New York Islanders at UBS Arena.

forecasts show the Atlantic disturbance developing this week

Promoted


The 15 weirdest things you can buy on Amazon


ROAD TO THE
INDYCAR
CHAMPIONSHIP
Watch Now
FOX NATION


FOX NEWS FIRST
MORNING HEADLINES

Fox News First

Get all the stories you need-to-know from the most powerful name in news delivered first thing every morning to your inbox.

Arrives  Weekdays

By entering your email and clicking the Subscribe button, you agree to the Fox News Privacy Policy and Terms of Use, and agree to receive content and promotional communications from Fox News. You understand that you can opt-out at any time.

Subscribe

Recommended Videos


Colin's Final NFL Predictions: Bengals,...


Urban Meyer on Arch Manning, Alabama,...


'Alarms sounding' for Cowboys, Are they falling...


Is Ben Johnson the perfect Head Coach for Caleb...


Algerian boxer Imane Khelif appeals World...


Eagles legend Brian Westbrook explains...

Arena.

The Associated Press contributed to this report.

**Follow Fox News Digital's** [sports coverage on X](#)**, and subscribe to** [the Fox News Sports Huddle newsletter](#)**.**

Paulina Dedaj is a [Sports Reporter](#) for Fox News Digital.

---

**Sponsored Stories You May Like**


**Top Cardiologist Begs: Quit Eating Blueberries Before This Happens**
thehealthyfat.com


**Fading Eyesight & Blurry Vision Is Not Caused By Age! Meet The Real Enemy...**
Wellness Wisdom Hub


**How Long Will $1M Last in Retirement?**
smartasset.com


**Cardiologist: How Older Men Can Flatten Their Stomach Quickly**
Wellness Wisdom Hub


**Edema is Not From Salty Food! Meet The Main Enemy of Edema**
Health Insight Journal


**MD: Building Muscle After 60 Comes Down To This 1 Thing**
Ultra Health Findings



---

Forecasts snow the Atlantic disturbance developing this week

**Promoted**



**The 15 weirdest things you can buy on Amazon**






**Fox News First**

Get all the stories you need-to-know from the most powerful name in news delivered first thing every morning to your inbox.

Arrives  Weekdays

By entering your email and clicking the Subscribe button, you agree to the Fox News **Privacy Policy** and **Terms of Use**, and agree to receive content and promotional communications from Fox News. You understand that you can opt-out at any time.

**Subscribe**

Document title: FBI Director Kash Patel sits with Wayne Gretzky as Alex Ovechkin ties NHL record | Fox News
Capture URL: https://www.foxnews.com/sports/fbi-director-kash-patel-celebrates-alex-ovechkins-historic-night-alongside-wayne-gretzky-huge-props
Capture timestamp (UTC): Thu, 04 Sep 2025 20:56:58 GMT

Page 5 of 10

# EXHIBIT 16

**Segment of May 2, 2025 Figliuzzi Appearance on *Morning Joe***
**Submitted electronically to the Court and all parties via thumb drive**

# EXHIBIT 17



SCIENCE & HEALTH    BELIEF    CULTURE    VIDEO    ECONOMY    RIGHTS    ALTERNET LOGIN

-28%    -23%

$32,999    $2,299    $2,599

Lowest Possible Prices
conexdepot.com

HOT TOPICS >>   CORRECTIONS   FAQS   GET OUR DAILY NEWSLETTER!   NEWS & POLITICS   GO AD FREE!   SUPPORT OUR WORK

Home   |   'Horrible abuses': Former FBI agent sounds the alarm on Kash Patel

## 'Horrible abuses': Former FBI agent sounds the alarm on Kash Patel



Kash Patel in Las Vegas on July 10, 2024 (Gage Skidmore)
Written by Alex Henderson February 22, 2025 | 11:49AM ET



When President Donald Trump nominated Christopher Wray for FBI director in July 2017 after firing James Comey from that position, Wray enjoyed strong bipartisan support and was confirmed in a 92-5 vote. Only a handful of Democrats voted against Wrap.



SCIENCE & HEALTH     BELIEF     CULTURE     VIDEO     ECONOMY     RIGHTS     ALTERNET LOGIN

...formed

...r Alternet's newsletter to receive
...most important stories right to
...x.

address

...BSCRIBE

But on Thursday, February 20, 2025, not one
Democrat voted in favor of making far-right Trump
loyalist Kash Patel FBI director. Nonetheless, Patel was
narrowly confirmed, with only two GOP senators —
Alaska's Lisa Murkowski and Maine's Susan Collins —
joining Democrats in voting against Patel.



For     20FT & 40FT Sizes Available
        conexdepot.com

Brennan discussed Patel's confirmation during a Saturday morning, February 22
appearance on MSNBC's "The Weekend." And they didn't mince words, laying
out some reasons why they consider Patel a dangerous choice for FBI director.

### READ MORE: 'There is going to be hell to pay' as the FBI braces for Kash Patel's retribution: reports

Figliuzzi, now 62, told MSNBC hosts Michael Steele (former chairman of the
Republican National Committee), Alicia Menendez and Simone Sanders, "If
somebody has told us who he is, has said he does have a blacklist, an enemies
list.... he's doing what he said he would do."



Figliuzzi warned that Patel may be even more dangerous than the late FBI Director J. Edgar Hoover, who was infamous for spying on civil rights leaders.

"The real concern I have here: We've seen horrible abuses by the FBI under J. Edgar Hoover, right?" the former FBI special agent argued. "Illegal wiretaps, planting of evidence, microphones in Martin Luther King's rooms — you name it, we saw it. Unchecked. That could happen again, and it could be even worse with someone whose allegiance is to a president."

Menendez asked Brennan if he considers the U.S. "safer or less safe" with Patel now in charge of the FBI, and the former CIA director detailed his national security concerns — including those involving SpaceX/Tesla/X.com CEO Elon Musk and the Department of Government Efficiency (DOGE)/

**You May Like**                                                    Sponsored Links by Taboola

**Jeff Bezos Says the 1-Hour Rule Makes Him Smarter. I Gave It A Go.**
Thousands swear by the morning routing of the 1-Hour Rule. I gave it a go to see what all the fuss is about.
Blinkist Magazine

**READ MORE: 'Tax Elon!' Irate crowd shouts down GOP congressman during town hall in deep-red county**

# AlterNet

of CIA, we partnered very, very, closely with the FBI on so many matters, including on the counterintelligence front. And what I'm concerned is right now with all of these individuals that Musk and DOGE have sent into our government institutions, and having access to those systems and networks and databases. This is something that is ripe for exploitation by the Russians and the Chinese in terms of intelligence."

The former CIA director added, "These are individuals who haven't been vetted. They don't have the security clearances or background. And so, they are now accessing all this information that involves U.S. citizens, sensitive U.S. databases and other things."

**READ MORE: From 'American Apocalypse' to 'Golden Age': Behind Trumpworld's dramatic narrative shift**

*Watch the full video below or at this link.*