# Jackson Walker LLP

United States Courts
Southern District of Texas
FILED

SEP 08 2025

Nathan Ochsner, Clerk of Court

Marc A. Fuller
(214) 953-5793 (Direct Dial)
(214) 953-5822 (Direct Fax)
mfuller@jw.com

September 5, 2025

Ms. Darlene Hansen                                          Via FedEx Overnight
U.S. Southern District Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

    RE:    Civil Action No. 4:24-cv-02548, *Kashyap P. Patel v. Cesare Frank Figliuzzi, Jr.*,
            pending the Southern District Court, Houston Division

Dear Ms. Hansen:

    Enclosed please find a thumb drive containing a video as our Exhibit 16 to the Appendix in support of Defendant's Motion to Dismiss for Failure to State a Claim [Dkt. 25], in the above-referenced matter.

    Should you have any questions or concerns regarding this matter, please do not hesitate to contact me.

Sincerely,

*/s/ Marc A. Fuller*

Marc A. Fuller

46648341v.1