IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| KASHYAP PATEL,<br><br>*Plaintiff,*<br><br>v.<br><br>CESARE FRANK FIGLIUZZI, JR,<br><br>*Defendant.* | Case No. 4:25-cv-02548 |

### [PROPOSED] ORDER

Before the Court is Defendant's motion to dismiss this action pursuant to Rule 12(b)(6). Upon consideration of the submitted briefs and any oral argument, the Court finds that Plaintiff has stated a plausible claim for defamation. It is therefore ORDERED that the motion is DENIED.

ORDERED this _____ day of _____, 2025.

_____
Hon. George C. Hanks, Jr.
United States District Judge