United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KASHYAP P. PATEL,<br>     Plaintiff,<br><br>VS.<br><br>CESARE FRANK FIGLIUZZI, JR.,<br>     Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:25-CV-02548<br>§<br>§<br>§ |

# ORDER

Pending before the Court is a joint letter requesting a Pre-Motion Conference to address a dispute over whether discovery should be stayed pending the Court's resolution of the defendant's Rule 12(b)(6) motion to dismiss the complaint. (Dkt. 31). The Court finds that a Pre-Motion Conference is not necessary and **GRANTS** Defendant's request (Dkt. 31) for leave to file a motion to stay. The parties are **ORDERED** to file any such motion **by Friday, November 21, 2025**.

SIGNED at Houston, Texas on November 14, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1