UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **KASHYAP P. PATEL,** *Plaintiff* v. **CESARE FRANK FIGLIUZZI, JR.,** *Defendant* | Case No. 4:25-cv-02548 |

## ORDER GRANTING MOTION TO STAY DISCOVERY

Before the Court is Defendant Cesare Frank Figliuzzi, Jr.'s Motion to Stay Discovery. After consideration of the Motion, response, and reply, the Court finds that the Motion is meritorious. It is therefore ORDERED that the Motion is GRANTED. All discovery in this case is stayed pending the final resolution of Defendant's motion to dismiss for failure to state a claim.

ORDERED _____, 2025.

_____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE