United States District Court
Southern District of Texas
**ENTERED**
April 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KASHYAP P. PATEL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02548 |
| | § | |
| CESARE FRANK FIGLIUZZI, JR., | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In a *Memorandum Opinion and Order* issued simultaneously with this judgment,

the Court granted the Motion to Dismiss (Dkt. 25) filed by Defendant Cesare Frank

Figliuzzi, Jr. In accordance with that ruling, Plaintiff Kashyap P. Patel's claims against

Defendant are **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own fees

and costs. Any other pending motions are **DENIED AS MOOT.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on April 21, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1